# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

**V.**

NOLAN BREWER

## CRIMINAL COMPLAINT

CASE NUMBER: 1:18-mj-0776

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1:**   On or about July 27, 2018, in Hamilton County, in the Southern District of Indiana, defendant NOLAN BREWER, did knowingly and willfully conspire and agreed with another person, to injure, oppress, threaten, and intimidate members of the Congregation Shaarey Tefilla, a Jewish Synagogue in Carmel, Indiana, in the free exercise and enjoyment of a right secured to them by the Constitution or laws of the United States, to wit: the right to hold property free of racial discrimination under 42 U.S.C. § 1982, by painting anti-Semitic symbols, including Nazi flags and Iron Crosses, on Synagogue property, and setting fire to Synagogue property, which was located the United States, in violation of Title 18, United States Code, Section 241(a).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**See attached Affidavit**

Continued on the attached sheet and made a part hereof.

Bradley A. Bookwalter, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

August 16, 2018
Date

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Bradley A. Bookwalter, after being first duly sworn, depose and say the following:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed for over twenty-one years.  During that time, I have been assigned to conduct and oversee federal criminal investigations involving violent crimes, financial fraud, public corruption, and violations of civil rights, among others, in the Northern and Southern Districts of Indiana.  I have been the affiant for, and participated in the execution of, numerous search and arrest warrants during that time.

2.      I am conducting an investigation into allegations that NOLAN BREWER ("BREWER") has violated several provisions of the U.S. Code, including Title 18, United States Code, Section 241(a) (conspiracy to violate rights).  Specifically, my investigation has determined that beginning on or before July 27, 2018, and continuing thereafter until on or about July 28, 2018, in the Southern District of Indiana, BREWER conspired and agreed with another person, whose identity is known to your affiant, to injure, oppress, threaten, and intimidate members of the Congregation Shaarey Tefilla, a Jewish Synagogue in Carmel, Indiana, in the free exercise and enjoyment of a right secured to them by the Constitution or laws of the United States, to wit: the right to hold property free of racial discrimination under 42 U.S.C. § 1982, by painting anti-Semitic symbols, including Nazi flags and Iron Crosses, on Synagogue property, and setting fire to Synagogue property.

3.      The information contained in this affidavit is based on my personal knowledge, training, and experience, information I have received from other law enforcement officers assisting in this investigation, and what I have learned from the other sources specifically discussed herein.

4.     As this affidavit is submitted in support of an Application for a Criminal Complaint, it does not purport to set forth all facts known to me concerning this case, but only those which I believe are sufficient to establish probable cause as to the criminal violation described herein.

## PROBABLE CAUSE

### *Anti-Semitic Symbols Painted at Carmel Synagogue*

5.     Between the evening hours of Friday, July 27, 2018, and the early morning hours of Saturday, July 28, 2018, anti-Semitic symbols – namely two Nazi flags and two Iron Crosses – were painted on a structure located on the real property of the Congregation Shaarey Tefilla, a Jewish Synagogue in Carmel, Indiana, which is in the Southern District of Indiana.  The images, each measuring several feet in height and width, were painted on two sides of the brick structure, the south side and the west side.  The graffiti on the south side included a Nazi flag, that is, a red flag with a black swastika in the middle, as well as black Iron Crosses symbols on both sides of the flag.  The graffiti on the west side was another Nazi flag.

6.     In addition, below the graffiti on the south side of the structure, several areas of grass and ground had been visibly burned.  The south side wall itself had visible black burn residue, which appeared to be from the largest burned area of grass near the wall.

7.     On July 28, 2018, members of Congregation Shaarey Tefilla, contacted the Carmel Police Department.  Carmel Police Officers responded to the scene.  Photographs were taken.  A representative for Congregation Shaarey Tefilla provided footage from a surveillance camera which showed two people near the structure at approximately 2:37 A.M. on July 28, 2018.  A fire appeared to be burning on the south side of the wall in the vicinity of the two people.

2

8.    Photographs taken at the scene are attached below:







9.     The FBI further processed the crime scene on July 30, 2018.  The FBI collected samples of the paint, soil samples from the burned areas, a control sample of soil, pieces of a melted plastic-like substance that was found in the burned area of grass, and a brown cardboard tubular shaped object similar to a used firework container.  The results of testing of those samples are presently still pending.

### *The Tip*

10.     On July 30, 2018 Carmel Police received information linking BREWER to the graffiti and fire at Congregation Shaarey Tefilla on or about July 28, 2018.

11.     Based on the tip, FBI agents began investigating BREWER and subsequently determined that BREWER frequently drove a maroon colored Chevrolet Impala bearing Indiana license plate "*******".  FBI agents subsequently determined that such a vehicle was registered to BREWER's mother at a residence they (BREWER and his mother) shared in Cloverdale, Indiana.

4

## *Evidence Regarding Purchase of Spray Paint and Other Items*

12.     During the course of the investigation, law enforcement officers and agents also began canvassing stores in the local area where BREWER might have purchased the supplies used in the commission of the crimes outlined in this affidavit.

13.     On or around August 9, 2018, an FBI Task Force Officer conferred with representatives of the Walmart located at 1750 Indianapolis Road, Greencastle, IN 46135. Walmart surveillance video footage from July 27, 2018, at approximately 2:26PM, showed two individuals appearing to be Nolan BREWER and another individual, whose identity is known to your affiant, purchasing items consistent with those used in the above-described crime, including black and red spray paint.  A review of the receipt from that purchase shows that the individuals purchased the following:

       a.     Two cans of "satin apple" spray paint

       b.     Two cans of "dark walnut satin" spray paint

       c.     One roll of aluminum foil

       d.     Package of 12 disposable nitrile gloves

       e.     Package of 200 foam plates

       f.     Two containers of 80-ounce Drano

       g.     Eight bottles of Gatorade

       h.     Bandanas

14.     Video surveillance in the parking lot showed the two individuals get into the Maroon Chevrolet Impala registered to BREWER's mother.  Video surveillance also showed one individual, believed to be BREWER, wearing a German military style camouflage jacket while making the purchases at Walmart.

15.     On August 10, 2018, your affiant applied for and received a federal warrant to search, among other things, BREWER's residence in Cloverdale, BREWER's cellular telephone, and the maroon Chevrolet Impala for evidence of the crimes outlined above.

### *Evidence from Searches*

16.     On the morning of August 15, 2018, FBI agents, assisted by state and local law enforcement agencies, executed the federal search warrants.

17.     BREWER was stopped by a marked Indiana State Police Vehicle after driving away from the Cloverdale residence in the Maroon Chevrolet Impala. At the time of the traffic stop, BREWER was wearing a military style, camouflage jacket, with a German flag on the shoulder. The jacket matched the jacket BREWER was observed wearing in Walmart on the afternoon of July 27, 2018.

18.     In the trunk of the Impala, agents observed two bottles of Drain-o cleaner. Agents also observed a tan, military-style backpack. Upon inspection, the tan backpack was found to contain six empty Gatorade bottles, each secured with a cap and containing a rolled up piece of aluminum foil. The backpack also contained four cans of spray paint, matching the colors of paint purchased by BREWER from Walmart on July 27, 2018.

19.     According to an FBI Special Agent Bomb Technician, the Drain-o and aluminum foil are significant because, when combined, those ingredients react to create a gas. Inside a sealed container, such as a Gatorade bottle, that mixture can potentially create an overpressure situation which causes the sealed container to explode.

20.     Also inside BREWER's vehicle FBI agents located at least one bandana matching the description of those purchased by BREWER on July 27, 2018.

21.     In preliminarily reviewing the contents of BREWER's cellular telephone, FBI agents observed photographs which appeared to depict the damaged areas of Congregation Shaarey Tefilla in the overnight hours between July 27 and 28, 2018.  Specifically, the photographs depicted the structure at Congregation Shaarey Tefilla shown in the photographs above.  In the photographs, a red flag with a swastika is visible in the middle of a brick wall. There are Iron Crosses on either side of the flag.  The photographs appeared to have been taken in the dark of night, and the painted wall is visible because it is illuminated by a fire burning on the ground in front of the wall.

22.     Also observed on BREWER's phone were numerous pictures of various Nazi paraphernalia, such as Swastikas and Iron Crosses.  Also observed was a photograph of BREWER's co-conspirator wearing a black bandana covering a portion of his/her face.

23.     Additionally, a preliminary review of text messages stored on BREWER's phone revealed messages related to the incident at Congregation Shaarey Tefilla.  Specifically, BREWER received a message on July 30, 2018, noting that "[w]e made CNN, Fox, IndyStar, WTHR, etc. Mike Pence even tweeted about us."  In an apparent reference to comments posted online following some of the news stories about the incident, BREWER received other messages on July 30, 2018, stating "1/3 of the hundreds of comments think that it's fake;" "[t]hat looks too good for a racist.  Crazy libs at it again;" and "1/3 thinks [sic] it was from liberals … 1/3 think it was racist KKK members."

### *Statements from BREWER*

24.     Following the traffic stop of his vehicle, BREWER was *mirandized* and agreed to be interviewed by agents.  During the course of the interview, BREWER made a number of incriminating statements, including:

7

a.     BREWER admitted that he had conspired with another individual, whose identity is known to your affiant, to paint Nazi graffiti on the premises of Congregation Shaarey Tefilla;

b.     BREWER admitted that he and his co-conspirator had purchased some of the materials used in the Congregation Shaarey Tefilla incident at the Walmart in Greencastle;

c.     BREWER further admitted that he and his co-conspirator had taken homemade "napalm", which BREWER described as a mixture of Styrofoam and gasoline, to Congregation Shaarey Tefilla where they placed some on the ground and BREWER's co-conspirator lit it on fire.  BREWER explained that he and his co-conspirator had purchased both gasoline and Styrofoam for the purpose of manufacturing the napalm, and the purpose for lighting the homemade napalm on the ground was to create an "effect" under the flag.

d.     BREWER showed an agent several of the photographs from his phone which depicted the scene of the crime, and BREWER freely admitted the pictures were taken by him and/or his co-conspirator at Congregation Shaarey Tefilla in the early morning hours of July 28, 2018;

e.     When asked whether he used the Drain-O devices at Congregation Shaarey Tefilla, BREWER stated that they got too nervous because the napalm was creating a lot of light.  However, BREWER admitted he and his co-conspirator got as close to the Synagogue as possible while vandalizing it.

8

  f.  BREWER explained that the motivation for committing the crimes at the Synagogue was that it was "full of ethnic jews." BREWER then referred to Adolf Hitler and his belief that Jewish people have outsized influence relative to their population.

  g.  BREWER further admitted that the message he and his co-conspirator were trying to convey to the Jewish people was to "back down or something like that." When asked whether that meant he wanted to Jewish people to "get out," he responded, "kind of, maybe."

## CONCLUSION

25. Based on the facts set forth above, there is probable cause to believe that NOLAN BREWER violated Title 18, United States Code, § 241(a) (conspiracy to violate rights).


FURTHER, YOUR AFFIANT SAYETH NOT.


Bradley A. Bookwalter, Special Agent
Federal Bureau of Investigation



Subscribed and sworn to before me this 16th day of August, 2018.


HON. TIM A. BAKER
United States Magistrate Judge
Southern District of Indiana


9