UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| *Plaintiff,* | ) |  |
| v. | ) | CAUSE NO. 1:18-mj-0776 |
| NOLAN BREWER, | ) |  |
| *Defendant.* | ) |  |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 241(a) Conspiracy to Violate Rights | 10 | $250,000 | 3 years |

Dated: _____

_____
NOLAN BREWER
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana