UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff,       )<br>                              )<br>     vs.                     )<br>                              )<br>NOLAN BREWER,           )<br>          Defendant.    ) | 1:18-cr-00286-TWP-DLP |

MOTION TO MODIFY RELEASE CONDITIONS

Defendant Nolan Brewer, by counsel, Samual Ansell, respectfully moves the Court to modify his pre-trial release conditions to allow him to visit the Holocaust Museum in Terre Haute, Indiana and in support states as follows:

1. Nolan Brewer is charged with Conspiracy to Violate Rights in violation of Title 18, United States Code §241(a).

2. Nolan Brewer's conditions of release include a prohibition from being within 200 yards of any mosque, synagogue, or other property primarily associated with members of the Muslim or Jewish faiths.

3. Nolan Brewer is under electronic GPS monitoring and has been compliant with all the conditions of his release.

4. Nolan Brewer seeks permission to visit the Holocaust Museum in Terre Haute, Indiana with his parents on Friday, April 12, 2019, or soon thereafter.

5. Defense counsel has emailed the AUSA as to whether the government objects but has not yet received a reply.

WHEREFORE, Defendant Nolan Brewer respectfully requests that his release conditions be modified to allow him to visit the Holocaust Museum in Terre Haute, Indiana.

Respectfully submitted,

/s/ Harold Samuel Ansell
Harold Samuel Ansell
Attorney Number 24163-49

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by email, via the USDC Electronic Filing System, to the AUSA assigned to this case and all counsel of record at the time of filing.

/s/ Harold Samuel Ansell
Harold Samuel Ansell
Attorney Number 24163-49

156 East Market Street
Suite 900
Indianapolis, IN 46204
Email: attorneyansell@gmail.com
Phone: (317) 381-0371
Fax:    (317) 614-7676