UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | 1:18-cr-00286-TWP-DLP |
| ) | |
| NOLAN BREWER. ) | |

### ENTRY ON REQUEST TO MODIFY CONDITIONS OF RELEASE

This matter comes before the Court on Defendant's motion to modify his conditions of pretrial release to allow a visit to the Holocaust Museum in Fort Wayne, Indiana. The Government has responded and objects. The Court has conferred with the U.S. Probation Office and they also object to the defendant's request to visit the Candles Holocaust Museum and Education Center in Terre Haute while on pretrial release. The Court and Probation Officer's primary concern is assessing risk to the community. The risk of an unforeseeable event outweighs the benefit of granting the defendant's request.   Accordingly, the request is **DENIED.**

Date: 4/18/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF