UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:18-cr-00286-TWP-DLP |
| | ) | |
| NOLAN BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Nicholas J. Linder, Assistant United States Attorney, hereby submits to the Court the following list of exhibits the government intends to introduce at sentencing in this cause currently set for May 20, 2019:

| Exhibit Nos. | Description |
|---|---|
| 1-3 | Photographs of Synagogue property |
| 4 | Map from Brewer's cell phone |
| 5 | Map from Co-conspirator's cell phone |
| 6-8 | Still images from Walmart surveillance video |
| 9 | Walmart receipt |
| 10 | Transcript of FBI interview with Nolan Brewer on August 15, 2018 |
| 11 | Text Message with Alex Hitchcock dated July 28, 2018 |
| 12 | Photograph of homemade "napalm" from Co-conspirator's cell phone |
| 13-14 | Photographs of Synagogue property during offense from Brewer's cell phone |
| 15-17 | Photographs from Brewer's room taken during search warrant of residence on August 15, 2018 |
| 18-20 | Photographs of Brewer wearing Nazi paraphernalia from Brewer's cell phone |

| Exhibit Nos. | Description |
|---|---|
| 21-22 | Photographs of Co-conspirator wearing Nazi paraphernalia from Brewer's cell phone |
| 23 | Photograph of Brewer in military jacket with German flag and Co-conspirator wearing bandana from Brewer's cell phone |
| 24–25 | Photographs depicting young female standing next to Nazi flag from Brewer's cell phone |
| 26–37 | Images of swastikas, iron crosses, and other Nazi paraphernalia from Brewer's cell phone |
| 38–43 | Images identifying with Adolf Hitler and Nazism and Nazi ideology and text message to co-worker discussing Nazism from Brewer's cell phone |
| 44–50 | Anti-African American images and memes from Brewer's cell phone |
| 51–53 | Anti-Semitic images and memes from Brewer's cell phone |
| 54 | Extraction report from Brewer's old cell phone showing text messages, Google searches, and images, among other data |
| 55 | Text Messages with Co-Conspirator dated July 30, 2018 |
| 56 | Text Messages with, and images sent to, Alex Hitchcock dated July 30, 2018 |
| 57 | Excerpt of Transcript of Covert Consensual Recording dated August 4, 2018 |
| 58-67 | Photographs of search of Brewer's vehicle on August 15, 2018 |

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

Date: May 15, 2019   By: /s/ Nicholas J. Linder
                         Nicholas J. Linder
                         Assistant United States Attorney

2

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019 a copy of the foregoing was filed via CM/ECF, which will electronically notify counsel of record for all parties. All parties may access this filing through that CM/ECF.

By: /s/ Nicholas J. Linder
Nicholas J. Linder
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: 317-226-6333
Email: nick.linder@usdoj.gov