

GOVERNMENT
EXHIBIT

01



GOVERNMENT
EXHIBIT

02



GOVERNMENT
EXHIBIT

03





GOVERNMENT
EXPAND

_____04_____



Parking place

GOVERNMENT
EXHIBIT

_____05_____





7/27/2018 14:27:14



**GOVERNMENT EXHIBIT**

08

```
ST# 0902 OP# 00009044 TE# 44 TR# 06989

SPRAY PAINT  002006637719S     3.86 AD
SPRAY PAINT  002006637641S     3.86 AD
SPRAY PAINT  002006637641S     3.86 AD
SPRAY PAINT  002006637719S     3.86 AD
FOIL ROLLS   001090000015S     4.27 AD
FG 12CT GLOV 073191913822S     1.97 AD
BANDANA      000082870107S     2.00 AD
FOAM PLATES  007874206986S     4.84 AD
CLOG REMOVER 001980070450S    12.88 AD
G2 RASBLM 8P 005200013455SF    4.84 AD
                  SUBTOTAL     46.24
EMV TENDER APPROVED ONLINE # 340282
CAMT 000000008948
US DEBIT
AID A0000000980840
ICC 0840  en
TVR 8080048000  CVMR 020500  ARC 00
TC 80E9F60D607709CB
IAD 0A3718CA32F929AAD3030
ATC 037C UP# EB0944D8 TSI 6800
TERMINAL # SC011490
*Pin Verified
        SALES TAX  1           3.24
                  TOTAL       49.48
               DEBIT TEND     49.48
               CHANGE DUE     40.00
EFT DEBIT         PAY FROM PRIMARY
   49.48  PURCHASE
   40.00  CASH BACK
   89.48  TOTAL PURCHASE
US DEBIT- 2144  I 1 REF # 82080013669B
EXPIRATION DATE 2006
NETWORK ID. 0090 APPR CODE 340282
TERMINAL # SC011490
        07/27/18   14:27:41


        ***SURVEY OFFERED***
   TC# 0275 3210 5675 2217 7100
        07/27/18   14:27:50
```

**GOVERNMENT EXHIBIT**

09

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



Nolan Brewer Interview on 08/15/2018

Requesting Official(s) and Office(s):     Special Agent (SA) Bradley A. Bookwalter,
                                          FBI Indianapolis

Source Language(s):                       English

Target Language:                          English

Transcribed by:                           Brianna T. Tillery/ Sukhvir Kaur

Participants:

Special Agent Bradley A. Bookwalter (BB)
Special Agent Eric Kish (EK)
Special Agent Glenn Carlson (GC)
Nolan Brewer (NB)
Operational Support Technician Lester Bland (LB)
Operational Support Technician Brianna Tillery (BT)
Task Force Officer (TFO) Paul Baker (PB)

Abbreviations:
        (OV)     Overlapping Voices
        (UI)     Unintelligible
        (IA)     Inaudible

The following is a transcript of a recorded conversation between Nolan Brewer, SA Brad
Bookwalter, SA Eric Kish and SA Glenn Carlson which occurred on August 15, 2018.

GOVERNMENT
EXHIBIT
10

BB:   Test one, two. Test one, two. This is Special Agent Bradley A. Bookwalter. The time right now is 7:15 a.m. gonna be interviewing uhh, Nolan Brewer. Test one, two.

[(UI) background conversation]

PB:   You got any, you got any weapons, uhh guns anything like that? Okay you got a cell phone anything like that on you?

NB:   (UI)

PB:   Which pocket? Just tell me which one.

NB:   This (UI)

PB:   (UI) This one right here?

NB:   Yeah umm, no this one

PB:   It's on your charger?

BB:   You Nolan Brewer? Hey Nolan I'm, I'm Brad Bookwalter with the FBI, I'm a special agent. This is Eric Kish, he's special agent with the FBI also. Uhh, uh you've been stopped today because we have a federal search warrant for your vehicle and for your person. Okay. And uh, uhh you're not in custody right now, okay but umm we do desire your cooperation so I'm going to advise you of your rights, okay.

NB:   Mhm

BB:   Alright so, I'm going read your rights from this card. Before we ask any, any questions you must understand your rights. You have the right to remain silent, anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to have a lawyer with you during the questioning. If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish. If you decide to answer questions now without a lawyer present. You have the right to stop answering at any time. Do you understand your rights?

NB:   Yeah, I'm pretty sure.

BB:   Pretty sure or do you understand? Do you, do you want to read this, this form?

NB:     Yeah.

BB:     Okay, once again Nolan uhh Eric and I we're Special Agents with, with the FBI. We're federal agents.

NB:     Mhm.

BB:     Okay, and this is a federal investigation and we got federal warrants for the vehicle and for your person and we can explain it all, we can explain it all to you but know, you're not in custody right now. Okay. Uhh I am advising you of your rights because we desire to talk to you and desire your cooperation in our investigation.

NB:     Okay, I (UI)

BB:     Okay. Go ahead and read through that. And where is your phone? Your phone's in here.

UM:     It's underneath the uhh arm rest.

NB:     It's under the arm rest. I keep it there so it don't play with it while I'm driving

BB:     I got it. Uh, is, is Glenn up here?

PB:     Yeah

BB:     Umm, phone's under the arm rest in the vehicle from the (UI)

[(UI) conversation]

EK:     He said he understood.

BB:     (UI) Whats that?

NB:     It's easier to read it.

BB:     I got ya, okay. So you understand?

NB:     Yeah.

BB:     Okay and you're, you're willing to talk to us right now?

3

NB:     Yeah.

BB:     Cooperate. Okay. Uhh first thing we need, we need the passcode to your phone so we can get in it, is there a passcode on it?

NB:     Yeah

BB:     Just to, just so….

NB:     Its like top left middle then you go down one diagonal, down one and then up all the way to the top right

BB:     Okay

NB:     And then it. It's just look like a weird double (UI)

BB:     So hang on… stay right there… Hey Glenn, he'll, he'll show you it's a pattern, he'll show ya.Do you have any weapons on you, just the, just the knife.

[(UI) conversation]

BB:     He's gonna pat you down for our safety.

NB:     (UI) My wallet. It (UI) pants kind of hard to get out of

BB:     Alright, well we, we can get that. I just want to make sure there's no weapons. (UI) Okay,

UI:     So (UI)

BB:     Yeah

UM:     (UI)

GC:     Okay so… [5:00]

BB:     Nolan so uhh like I said, we have search warrants for your vehicle so uhh it might be easier to show them to ya, are, are you, we really desire your cooperation okay uhh Eric and I would like to interview you uhh

NB:     the car or whatever?

4

BB:     Yeah, I, I think what, what might be best since uhh is, is to get you out of public view here and get in the vehicle, would you be willing to , to

NB:     Hop in and go?

BB:     Yeah just, yeah just jump, jump in with us

NB:     (UI)

BB:     Okay. Uhh   (UI) alright, com on. Go ahead and jump in the passenger side.

PB:     Hey Nolan, can you do that one more time for me?

BB:     Mmm, yeah, this is a nice vehicle. It's not mine so.

NB:     Sadly it's not yours

BB:     Yeah, sadly exactly. We'll, we'll just go some place out of the way here. Uhh, Like I told ya, you're not in custody, okay. So you're, you're willing to uhh, or your uhh certainly welcome to, we can, we can drop you off somewhere or whatever you want to do but like I said we, we'd  like to talk to you. And we're hoping that you will, you'll cooperate with us.

NB:     I'll cooperate as much as needs be.

BB:     Okay. Alright well we, we appreciate that. Got your seat belt? Good man. Just going to pull all the way over here I think.

NB:     Five seconds saves a life, why not?

BB:     Amen.

NB:     I should've been familiar with those rights, my mom always watches crime shows.

BB:     Is that right?

NB:     Yeah

BB:     now, just so just so I can get your uhh, uh background and your identifiers. Nolan, it's Nolan Brewer right?

NB:     Mhm

BB:     B-R-E-W-E-R

NB:     Yeah like the coffee brewer

BB:     Gotcha, and uhh what's your date of birth Nolan?

NB:     Uhh, ████████ 1998.

BB:     What's your uhh SOC?

NB:     I'm pretty sure it's ████████████ eight-two-two-eight.

BB:     Okay.

NB:     I always get like the One-Nine and the One-Four mixed

BB:     Okay. Where, where do you live?

NB:     ████████████████ North Bowman Road.

BB:     Okay

NB:     Have for my entire life

BB:     ████████

NB:     Yeah

BB:     Yeah, really it's….

NB:     Well

BB:     Yeah

NB:     Technically it's

BB:     It's technically it's a ████—it's a ████████ address though right?

NB:     ████████ address technically Morgan County you can literally throw a stone over into Putnam

BB:     Gotcha and uhh I mean it's, you went to uhh School in ████████ ight?

NB:     Yeah

BB:     Okay. Umm

NB:     It was fun.

BB:     And uhh what's your uhh, what's your cell number?

NB:     Eh, the current one?

BB:     Yeah

NB:     Seven-Six-Five-Seven-One-Two

BB:     Mhm

NB:     Zero-Seven-Five-Three

BB:     Okay, say that again

NB:     Seven-Six-Five

BB:     Seven-Six-Five

NB:     Seven-One-Two

BB:     Uh huh

NB:     Zero-Seven-Five-Three

BB:     Zero-Seven-Five-Three

NB:   Lots of sevens

BB:   That's the one that uhh

NB:   Yeah the current one

BB:   it was back there? Okay. When did you get that one?

NB:   That was…. I think a little over a month ago.

BB:   Okay.

NB:   It's a new phone still, I'm still getting used to it

BB:   And uhh do you have a uhh an email address that you use that's affiliated with that?

NB:   NRBrewer7@gmail.com

BB:   NRBrewer7… @gmail.com

NB:   I had to reset a bunch of crap recently because it got hacked which was so much fun.

BB:   What's that your uhh phone did? Or your uhh

NB:   My…

BB:   your email.

NB:   Like my phone and email both got hacked and people were like taking pictures and crap off of it.

BB:   Oh really?

NB:   Yeah

BB:   Okay, when was that?

NB:   That was just this past week and my wife was just like what the hell is going on?

BB:   What, tell, tell me about it.

NB:     Well there were uhh, there was like a book, like pages of a book that was like talking about a minority

BB:     Uh huh

NB:     Not, not well there's a minority and a minor and like sexual contact and her and I are just like we're gonna get rid of this cause this is really uncomfortable cause I didn't know where it came from

BB:     Okay

NB:     She saw that there was something about a minor on her husband's phone so rightfully so

BB:     Okay

NB:     she got pretty angry

BB:     Yeah

NB:     And

BB:     Now, who, who is your wife?

NB:     Uhh Kiyomi Brewer

BB:     Okay, is, how old is she.

NB:     She's 17.

BB:     17. Okay. Uhh tell me, tell me, how does that work?

NB:     Huh?

BB:     how, how did, how did, how would, how could she get married at 17?

NB:     Uhh well at the age of 16 you need a guardian to sign and then you also have to pay a fee to get like a court order

BB:     Mhm

NB:     Or something like that. But at 17 you no longer need to pay for the court order and you just need a legal guardian to sign

BB:     Legal guardian

NB:     and her grandfather signed for her

BB:     Okay is

NB:     Because her parents aren't exactly in the picture

BB:     Why, why is that?

NB:     Her mother is a crazy meth addict who got rid of her at birth and her father was, planted seed and left town.

BB:     Okay, gotcha. So, she, she never knew her father then?

NB:     She, she knew him but she didn't meet him until she was fifteen and then they, didn't get along very well.

BB:     Okay, gotcha. And uhh how long have you been married?

NB:     About, ever since May 8th so.

BB:     This year?

NB:     Yeah

BB:     Oh okay

NB:     This year it's nice and new

BB:     Okay. Gotcha. Uhh you're welcome, you're welcome to inspect our credentials again if you want, I mean you looked at them back there, you, you're good we're, we're FBI Agents umm you're welcome to look at the uhh

NB:     This is a lot of official looking paperwork for someone trying to put up an act

BB:     Yeah, yeah, exactly, uhh. Those are the, those are the warrants if you want to look at them it, like I said it's for the vehicle and for you uhh, that's for you and then uhh see right there that's you and then your, your vehicle RPK798. Okay. Umm. So uhh, go, go, go on with uhh what you were telling me.

NB:     Oh the uhh, book

BB:     Yeah, yeah yeah

NB:     Yeah she got rightfully angry about her husband apparently having stuff about a minor and a minority on her, well the minority is not that big of a deal but like the minor

BB:     Yeah

NB:     that's pedophile

BB:     Yeah

NB:     that's ick

BB:     Yeah, exactly

NB:     Umm, she would like basically badger me cause I was planning on hanging out with one of my little cousins that day so she's like yeah, have fun with her just don't molest her and then I'm like what and so I talked to her about it and apparently

BB:     One of your cousins, she's telling you this?

NB:     Yeah

BB:     Okay

NB:     Yeah because the stuff on, the stuff that was put on to my phone

BB:     Yeah

NB:     And she got really angry at me and we kind of didn't talk for this past week very much

BB:     Uh huh

11

NB:     And I finally talked to her about it and she said she would try and talk to some friends to see if they could figure out who put that on my phone because she has a lot of techy friends

BB:     Okay

NB:     Cause she used to be in engineering and

BB:     What do you do by the way?

NB:     Oh, I, I do uhh Tradesman work for Tradesman International

BB:     Okay

NB:     And I was actually gonna call for trying to apply to the ironwork union today

BB:     Oh okay, alright.

NB:     Open application, finally.

BB:     Well in a few minutes, if you, if you want to call uhh we can, we can use my phone and call let them know you're going to be late to work if uhh if you need to.

NB:     The supervisor freaking loves me

BB:     Okay

NB:     he'll be fine.

BB:     Okay.

NB:     I'll talk to him whenever I get there and

BB:     Okay

NB:     And he'll be like oh wow, okay.

BB:     By the way you're, you're welcome to take off the, the seatbelt you don't have to if you, if it's not comfortable.

NB:     (UI)

BB:     Uhh and there's, there's a water right there by the way uhh… help yourself, help yourself

NB:     Complimentary drinks and everything

BB:     Yeah it's one of those mornings, it's uhh kind of uhh, uhh just a little bit of humidity out there soo

NB:     Sticks to you a little bit

BB:     Yeah. So umm how did this, how'd this happen, the thing with your phone

NB:     Mm… I think as far as I've been able to figure out I think it might be this guy Jason that I used to talk to back at IUPUI because I used to got to IUPUI

BB:     Mhm

NB:     And he said he needed to get one of his documents sent to his own email address but his phone was dead so I let him hop on my email address. He plugged in a flash drive took the file out put it in my Google, sent it over to his

BB:     Into, into your computer?

NB:     Yeah

BB:     Where is your computer?

NB:     My computer? I recently sold it.

BB:     Okay

NB:     And then my other one at home, I haven't used since I was back at Ivy Tech which was like a year before IUPUI, it was like one of the 2-in-1 tablet pieces of crap

BB:     Oh okay

NB:     from Walmart

BB:     So only thing you got at home is, is a tablet?

13

NB:     Yeah it's like the 2-in-1 tablet

BB:     Yeah

NB:     You like pull it out and flip the keyboard around

BB:     So you're, you're at IUPUI right now?

NB:     No

BB:     Okay

NB:     I, I'm done at IUPUI

BB:     Oh

NB:     Officially in the workforce

BB:     Okay

NB:     adult life

BB:     Did you, did you get a degree or did you graduate?

NB:     Uhh, I have an Associate's degree that it took me one year to get at Ivy Tech and then I have an HR certification

BB:     Okay

NB:     From IUPUI

BB:     HR?

NB:     Yeah

BB:     Oh nice.

NB:     Technically Organizational Leadership but it's

BB:     Yeah, yeah

NB:     deemed the same thing

BB:     Okay, when'd, when'd you get that?

NB:     That was… the Fall semester at IUPUI this past year

BB:     Oh okay

NB:     Yeah, it was like 2017 beginning, beginning of 2018

BB:     Yeah

NB:     Cause it was soaking up all my time to work at my second job which is GetGo Café and Market

BB:     Where at?

NB:     At GetGo Café and market.

BB:     Plainfield?

NB:     Yeah corner of Forty and Ronald Reagan.

BB:     Gotcha. Okay. Yeah I know where that's at.

NB:     I do cooler inventory management there

BB:     Okay

NB:     And it was soaking up all my time to do that, so I hardly got any vacation time I got like 19 hours of vacation time

BB:     Yeah you've been working pretty hard, huh.

NB:     It was a wonderful deal

BB:     Gotcha, now what's, now what's this (referring to camouflage jacket being worn by Brewer)? This is uhh

15

NB:     Oh this is, this is a family relic

BB:     Okay

NB:     This is from my grandfather

BB:     What is it?

NB:     It's a German flecktarn

BB:     Okay. He was in the uhh German army?

NB:     Yeah he's, he's a sturdy old man, he's like

BB:     Yeah

NB:     He's getting pretty up close towards ninety and he fell, broke his hip and it was

BB:     Uh huh

NB:     completely out of the hospital and walking

BB:     (OV) Uh huh

NB:     two days later

BB:     Is uh, where does he live

NB:     He lives down in Mooresville just across the interstate.

BB:     Okay. Is umm… that and that's his?

NB:     Yeah, used to be

BB:     Okay, When was he in the German army?

NB:     He was in the German Army during the early, early-mid 50s

BB:     Okay, alright. So after World War II?

NB:    Yeah

BB:    Okay alright, Umm any uhh I guess any affiliation with the, the old German Army?

NB:    There was an old necklace that he gave me

BB:    Okay

NB:    But

BB:    Are you wearing it?

NB:    No, no

BB:    Oh okay

NB:    My wife and I have been, uhh I, I used to be into that sort of thing but my wife and I have been getting in quarrels due to it

BB:    Yeah

NB:    So I'm, you know being a good husband and learning to be more accepting of people and it's gone pretty well because I'm making a lot more friends at work and I'm

BB:    Good

NB:    not as angry of a person all the time

BB:    Uh huh, what were you angry about?

NB:    I just, I can see like mental differences between me and non, non-whites but it's just, that's how they are so I'm learning to be more accepting of it and she, whenever she saw the necklace, the first time she got really angry grabbed it, pulled it so hard the chain broke off my neck and then threw it into my uncle's lake

BB:    What uhh, what type, what, what's in the, or what was the necklace?

NB:    The necklace was a, it was a Irish the old celtic (PH), knot type stuff but it made a swastika

17

BB:     Okay

NB:     And it was just a family relic that my grandfather gave me

BB:     Gotcha

NB:     In which there, because it was like right after the war he was raised with that sort of thing because he was alive during it

BB:     Mhm

NB:     He was sort of a Hit, he was kind of in the Hitler youth and he has jokes every now and then where he'll act like he has dementia and whenever we say prost at family gatherings which is German for Cheers

BB:     Uh huh

NB:     He'll, he'll just afterwards act all ditzy and say Heil Hitler, and we're like grandpa no.

BB:     Eh

NB:     So

BB:     Do you uhh, do you ascribe to any of that uhh philosophy or?

NB:     The uhh, I it's, I subscribe to more of the economics of it now rather than the social aspect

BB:     Okay

NB:     Cause the economics were phenomenal, they made Germany who was like, it was like five hundred thousand reich marks between World War I and World War II in order to buy a single loaf of bread

BB:     Uh huh

NB:     And it went down to like 17 reich marks for a loaf of bread within three years.

BB:     Okay

18

NB:    That kind of, that king of deflation just doesn't happen naturally

BB:    Mhm

NB:    So, there was really good recovery economics and it was really good sustainability economics because it was 17 reich marks the entire time he was in power but after that it still you know went to crap cause, blame Germany for the war. War debt, inflation.

BB:    Yeah

NB:    How economics works and then

BB:    Uh, but there a lot of social issues that uhh go along with that

NB:    Yeah there's the, that's

BB:    (OV) and I think that's… yeah

NB:    why I'm economics and then trying to stick away from socialW so.

BB:    Okay.

NB:    And I'm

BB:    Well uhh, let, let's talk about

NB:    (OV) recovering, I guess you could say from that

BB:    Okay… Okay. Lets talk for a second about the, the soc, one of the social issues, uhh July 27th uhh

NB:    Oh

BB:    Two Fridays, two Fridays ago

NB:    Whoa, yeah I heard Mike Pence tweeted about that place

BB:    Uhh Congregation Shaarey Tefilla in Carmel

NB:     Mhm

BB:     Uhh, you ever been there

NB:     Not that I know of, I don't go up to Carmel too often, the closest I've been there is going up to the Zionsville Road main office for Tradesman

BB:     Right, okay. Do you know, do you know what it is?

NB:     Ehh, looks like a church to me.

BB:     It's a Jewish synagogue.

NB:     Oh. Oh.  That's the uhh, wasn't that place vandalized or something? Yeah, yeah it was.

BB:     Yeah. Had uhh, had two Nazi flags painted, one on the south wall, one on the west wall or uhh yeah west wall and then uhh two iron crosses in the, on the south wall as well as some homemade napalm uhh with which looks possibly to have been uhh had been spread with a Drano bomb or something like that. Uhh so why, why don't, why don't you tell me what you know about that.

NB:     That looks like a bunch of crap, crappy radicals to me

BB:     Okay. What do you mean crappy radicals?

NB:     I mean, I was always raised with the Nazi notion of like acting out is not the way, you're supposed to represent yourself properly, work hard, and show them hey I can be this productive overtop of this person

BB:     Mhm

NB:     So, at work I always work my ass off and try to well, pardon my French but work my ass off and

BB:     Yep

NB:     try to represent who we are better than others do

BB:     Okay

20

NB:     So like you always try and dress neatly, you try and keep yourself clear and full-manicured and strive to get good grades

BB:     Right

NB:     Which why I took, which is another reason why I took on the burden of getting my Associate's from instead of 2 years in 1 year.

BB:     Okay. Alright well see you, you remember when I told ya

NB:     Yeah

BB:     You're uhh, you're able to stop talking at any time if, if you want to so, uhh but what I'm gonna ask you is to tell us the truth here. Okay. If you're gonna talk to us, uhh and gonna cooperate

NB:     Mhm

BB:     Uhh you need to tell us the truth okay

NB:     Okay

BB:     Uhh cause we, we know a lot here and uhh if you lie that's another federal offense okay. Uhh 18 U.S.C. 1001

NB:     Mhm.

BB:     Makes it a federal offense to lie to, to uhh us in the conduct of this investigation, this is a federal investigation uhh you're, you're right, I mean it looks, it sounds, I mean its looks kind of pretty radical to uhh start a big fire like that and, and uhh uhh you know use a, use homemade napalm and uhh the Drano bomb uhh to do it, as well as you know to paint this kind of stuff at a uhh, a Jewish synagogue, I mean you understand what those symbols uhh mean to the Jews right?

NB:     Yeah, Yeah.

BB:     6 million, 6 million killed during World War II right?

NB:     I thought, I was always told it was 4 million.

21

BB:    Okay. Still a lot

NB:    Yeah, it's still, still crap though so

BB:    Yeah, yeah, yeah. So anyway, umm so let, let's, let's revisit where were you on July 27th, it was a Friday, two Friday's ago. Where, where were you that day?

NB:    July 27th… you said two Friday's ago?

BB:    Mhm

EK:    Hey Nolan remember it, it's fairly easy if someone had a phone with them or someone was with someone else and someone had a phone things like that, that check that so honesty is definitely in your best interest.

BB:    Yeah and know that we're, we're executing the search, the search warrants now.

EK:    Right

BB:    Uhh there's Drano in your trunk okay, so

EK:    Don't dig the hole deeper

BB:    Yeah.

NB:    Alright

BB:    So… the 27th, July 27th okay today is the 15th right, so one, two… yeah, two and a half weeks ago. I think you know where you were that day right?

NB:    Yeah

BB:    So, (SA Bookwalter displayed Walmart surveillance pictures) you went to Walmart that day right?

NB:    Mhm

BB:    That's your vehicle. And that's you and uhh Kiyomi right?

NB:    Yeah

BB:     That would be red spray paint, that would be black spray paint, that would be you in the same jacket walking out uhh, that day you purchased two eighty in, eight-two ounce bottles of Drano umm, aluminum foil, uhh red spray paint, two cans of red pray—spray paint, two cans of black spray paint. Uhhhh some umm, do you remember what else you purchased?

NB:     Gas and styrofoam cups.

BB:     Okay, mmm tell, tell me about that. Tell us what was the purpose of that, that

NB:     It's obvious

BB:     Well I know, but I'm asking ya

NB:     It was the napalm

BB:     Okay. So homemade napalm

NB:     You're wanting, you're wanting honesty so.

BB:     Yeah. Absolutely. OK.

NB:     Mhm.

BB:     What uhh, what, what was the, the purpose of it? Buying that?

NB:     We were assigned by a friend… in Europe… he said go after it… so we went after it

BB:     Okay, tell, tell us about that. Who is this friend in Europe?

NB:     Uhh, we don't know his name, he just, he's been getting banned off of Discord recently.

BB:     Uh huh.

NB:     And whenever we were talking to him, his name was Asbestos Peter

BB:     Mhm

23

NB:     which based off of a nickname from awhile back but Asbestos Peter has been, he was like trying to instigate radicalism and trying to…get more people to be activists in certain fields of discussion

BB:     Okay

NB:     and…

BB:     And you're talking to him on what?

NB:     Discord

BB:     Okay

NB:     It's a online messaging app

BB:     Gotcha, okay.

NB:     And uhh…he never used voice call and… they don't have video chat but he said only talk about this on this…uhh, well ..He actually brought up all the details about it. I'm happy I just remembered it, it was on the app called telegram which allows like… inter-continent text message for free I think it is

BB:     Mhm

NB:     And...he was telling us ….do this, do this, and this….and …..try to do it at night, park a certain mileage away…and

BB:     When did he tell you all this? When did he communicate this to you?

NB:     That was… I think…you said that it – it all – co—occurred on the 27th is what you said, right?

BB:     That's when, yeah, that's the, evening of the 27th was when this was done.

NB:     Yeah

BB:     This is what you purchased, this stuff July 27th.

NB:     Then it was like, the 25th or 26th that it was all talked about

BB:     Okay and he

NB:     Like within a couple of days

BB:     (OV) Sent that all to you via Discord

24

NB:  Yeah

BB:  And what ..I gu-guess what did he

NB:  It was Discord and Telegram

BB:  Okay, on your phone or?

NB:  Yea, on-on our phone

BB:  On your app?

NB:  On, not on my phone.

BB:  On whose phone?

NB:  My wife's phone

BB:  Kiyomi?

NB:  Yeah

BB:  How do you – how do you—how do you get connected with (UI)– tell me – tell me his name again

NB:  Uhhh…(chuckles) his username was Asbestos Peter we don't his real name

BB:  You don't

NB:  No

BB:  How did you get connected with him

NB:  Uhh it was through a forum called traditionalists in nationalism...

BB:  Uh huh

NB:  where it was people like me where it was more of a …societal thing and you could talk about things peacefully and not have to be...you know, angry about it or hiding it…and you could…. It was…really civil, they had a policy of never use racial slurs and really the only time they were acceptable was like in a meme…cause they're everywhere is memes...but…

BB:  Mhm

25

NB:   Whenever the...uhh...library for something called the fascist archives which was…uh, it was fascist archives then it went to white power archives and then once it had that name people were just like well that's kinda  sketchy so they shut it down

BB:   Mhm

NB:   And then they had a talking forum…on, I think it was ….it –it was…a specific social issue I think it was like talking about the collapse of capitalism just as like the giant student loan bubble that's gonna be popping at some point…

BB:   Mhm

NB:   and it'...it's gargantuan, so… we were all talking about that and then Peter was getting in contact with my wife and then ….

BB:   So she's on the forum too?

NB:   She's on the forum because I was trying to get her to learn about my perspective on life

BB:   Uh huh

NB:   But..

BB:   So what did he – I guess, what did he or she or whoever it is tell you to do?

NB:   He said... oh well just…I'm gonna look at a map of Indiana and find all the mosques and synagogues that are on there and see which ones are the biggest and which ones aren't. Are made of like ethnic Jews rather than religious Jews and then…you need to get this, this, and this and then hide your face and go.

BB:   What did he, when you say this, this, and this, what did he tell you to get?

NB:   Uh spray paint, aluminum foil, uh pack of Gatorade so we could stay hydrated and then make Drano bombs and then he told us how to make napalm.

BB:   Really? Okay…So he - what were you supposed to do with that?

NB:   He said get as close to the synagogue as possible

BB:   Uh huh

NB:   And we got as close to the synagogue as possible

BB:   Okay

NB:   Cause, cause the dumpster was close enough

26

BB:  Gotcha

NB:  for us

BB:  Okay, alright and... umm, did he.. did you plan to go in?

NB:  Noooo

BB: (OV) to the synagogue?

NB:  I did not want to go in, I, I didn't want to go in at all

BB:  Why not?

NB:  because…that's breaking and entering is a completely different thing.. that's uhh…destroying the actual internal structure rather than just having something they could wash up and then..

BB:  Mhm

NB:  Dig away…you can turn over the soil and plant new grass and that burn scars not there and you can pressure wash the walls

BB:  Okay

NB:  It's easier to recover from

BB:  Wh—Why did you try to get in then? Did you try to get inside?

NB:  Noooo

BB:  You didn't try to get inside?

NB:  Noooo

BB:  You sure?

NB:   not that I know of, not that I can remember

BB:  Nolan we're, we're being, we're being… you gotta lay everything out here, alright.

NB:  I don't think I was trying to get in, we just walking, we walked and we were tryna…

BB:  (OV) no don't, no – he- here's- here's the, here's the issue Nolan, you're, you're tying to figure what I know

NB:   No we're trying to see if there were cameras and then we decided it, it's too sketchy cause we...we did want to get like onto the wall

BB:   Uh huh

NB:   We didn't want to get inside, we wanted to get like on the back wall

BB:   Yup

NB:   but we were too sketched out by the fact that we thought there were cameras so we went and got the dumpster instead and said…

BB:   (OV) Okay so you wanted – you wanted to get the, like the south wall, the… of the…

NB:   (OV) yea we, we wanted to…

BB:   (OV) the synagogue itself

NB:   one of the bigger walls. Not inside.

BB:   Umm… what uh. I guess. What was-what was the purpose of doing this…that's, that's the big question here…wh—why do this?

NB:   Peter said if we got ..if there were news headlines about it he would…

BB:   (OV) Oh

NB:   it he said it would be able to spark more radicalism and then get it to be bit more known of a social issue and….

BB:   Why do you wanna spark rad—radicalism?

NB:   Not … Not radicalism, just like knowledge of the- what the movement was.

BB:   And what's the movement?

NB:   The movement is like National Socialism in general but...

BB:   Do you, do you know what National Socialism is? I mean it's synonymous with Nazism right?

NB:   Well.. that - that's, a term for it.

BB:   Uh-huh

28

NB:   Yea

BB:   Okay…I mean uh…it's pret— it's a pretty radical message right? Especially when you're ...uhh…if, if you're a uhh, umm a Jewish person who goes to uhh Shaarey Tefilla right?

NB:   Mhm

BB:   Sends them a pretty clear message right? What message you think it sends them?

NB:   Get out, or we don't like you

BB:   Mhm

NB:   Yea

BB:   Is that what – is that the message you and your ..uhm.. you and Kiyomi wanted to send?

NB:   I guess not, no this, more of the message that Peter is wanting to send, but..

BB:   Okay

EK:   Did Peter provide you any resources to help pay for this stuff, anything like that? Or did he talk about that, like giving you some sort of assistance or is just helping you with picking the locations and things like that?

NB:   He – he said, he said jokingly that if we get put in prison, uh, I'll go ahead and give you like five grand after I bail you out or something like that...but then it's – it's… that was obviously a joke. And the only really big assistance was, hey this is the stuff you need to buy, this is how you make it…

BB:   Mhm

NB:   and then you just take this to this place

BB:   And he told ya, he's the one who picked out this uhh Jewish synagogue?

NB:   Yea

BB:   In Carmel cause obviously it's not close to you, uhh…

NB:   He, he said it being further away was better

BB:   Okay

EK:   Do you know where Peter was at? Did he ever say where he lived or is from?

29

NB:  Uhh, at the time he said he was vacationing in Kiev

EK:  Ok so he was in Russia

NB:  Cause he lives in, he lives in Romania, he's from Romania

EK:  Ok…but he, he could be Russian?

NB:  Possibly

EK:  Okay

NB:  Kiev's really close, so I could see it

EK:  Sure

BB:  Hey Nolan, help—help us understand this day. What uhh so this is about as you can see about 2:28 in the afternoon that you purchase everything, you and Kiyomi uhh that's Kiyomi right.

NB:  Yeah that's my wife.

BB:  Okay. Umm… uhh so you, he tells you this on July 25th or so?

NB:  Yeah, 25th, 26th

BB:  Okay and then you, what do you do on the 27th?

NB:  We… went out bought some food, hung out for a bit of the day and when

BB:  Where'd you buy the food?

NB:  I'm pretty sure it was Noodles & Company or I might be getting that confused with a different date

BB:  Okay

NB:  Cause… no okay, we went out earlier in the evening and hung out at a friend's house

BB:  Huh, which friend?

NB:  Uhh, his name's Alex Hitchcock.

BB:  Okay

30

NB:   And we went and just sat around at his place and then we gave him, which we, we used to play with uhh napalm, cause he used to know how to make napalm, so we just like light a little bit of it in his yard and we'd like burn coconuts and stuff, just you know

BB:   Mhm

NB:   Childish

BB:   Okay

NB:   And then we went and bought that stuff, came back and had uhh… she was packing it while we were in the car and then had it left in my trunk and then we made the napalm there and it was in like a kettle which we have a designated kettle at his house for just like having napalm and then we'll use a little bit of napalm to start a fire.

BB:   Okay. And then who, who's it, what's this guy's name again?

NB:   Alex Hitchock.

BB:   Alec.. Alex

NB:   Alex, I think it's Alexander Hitchcock

BB:   And, and where does he live?

NB:   Uhh, oh it's… I think its Fawn Lane here in Eminence, not here in Eminence

BB:   (OV) Fawn Lane?

NB:   Yeah, F-A-U-N like a baby deer or

BB:   W-N?

NB:   Yeah

BB:   Fawn. Yeah

NB:   Well, yeah it's one of the two, W or a U

BB:   (OV) Gotcha. Okay. So it's, so Alex's house is… you went over there

NB:   Yeah

BB:   And made the napalm?

NB:   Yeah

31

BB:   mixture…umm, then where'd you go from there?

NB:   We went straight from there onto I-70 up to 465 and shot up to Carmel.

BB:   Okay, you drove up there?

NB:   Yeah

BB:   In the, the

NB:   The Impala.

BB:   Impala… okay.

NB:   My rust bucket.

BB:   Tell, tell me what you did when you got there.

NB:   We parked at, there was this Mormon church like a, I think it's like a mile or so down the road and then we walked around this residential area like up to the corner and over and then we came across the road, like in, ee—kind of in the front yard of the place and then walked around seeing if there were cameras

BB:   So this is, uhh

NB:   Yeah this is the place, this is the road and then down

BB:   (OV) That's 116th, so this is, this is East, you went, went this way. So that's North

NB:   yeah, the Jewish congregation, the Mormon Church is like right down here I think and then we just walked

BB:   (OV) Okay to the South uhh west

NB:   up and then I think we

BB:   You walked up Shelbourne?

NB:   Yeah we walked up this way

BB:   Okay

NB:   And then we get, we were getting sprinkled on around here so we walked through…. There was like Hedge's or something here

BB:   Okay

NB:   that we walked through

BB:   This one?

NB:   Then we hopped through here, no it wasn't here, it was over here and then up I think

BB:   Okay

NB:   But

BB:   So you came up from the South, okay.

NB:   We did get to the point where somewhere, we got over here so we had to come across here and then we were like dangling behind the shed for a little while to get a breather

BB:   Uh huh

NB:   and we walked around this, there's like a playground right there so we were looking at it and seeing if there were cameras back here cause we were gonna get this wall but then we said no screw it

BB:   Oh so you, you were gonna do the West Wall.

NB:   Yeah we were going to do this (OV)

BB:   (OV) Yeah, okay. Alright.

NB:   And then there was like… we don't know why there was lights or like hanging camera globe things that we got sketched out and just did the dumpster.

BB:   Okay, alright. So you saw the lights and that made you nervous?

NB:   Yeah.

BB:   Okay… tell me what you did

NB:   Right here?

BB:   No just tell me, tell me what uhh what you did from there

NB:   Oh from, okay so we go to the wall

BB:   How'd you, how'd you get everything up there?

33

NB:  Oh it's

BB:  Did you carry a backpack?

NB:  Yeah there's the backpack and stuff and then

BB:  In your car?

NB:  there was a, yeah there was the brown military backpack that they found

BB:  Okay

NB:  It should

BB:  It's in the car?

NB:  Yeah

BB:  Okay

NB:  And then

BB:  (OV) Alright

NB:  there's the uhh kettle which we just had it electrical taped shut

BB:  Okay

NB:  So nothing would leak out. And then

BB:  That had the homemade napalm in it? Okay… uhhh

NB:  And then, that was just

BB:  So you got the backpack with the spray paint

NB:  Yeah

BB:  The umm, aluminum foil

NB:  And then I had like a grocery bag in which I think that might be in my trunk, the trunk of my car too, cause there was like spare Gatorade bottles that we couldn't quite fit

BB:  Gotcha, okay. Uhh so you carried that—all that stuff up there—umm, you carried this whole big kettle too?

NB:  No it's not a kettle it's

BB:  Yeah

NB:  It was just like a little (UI)

BB:  Oh… okay.. alright

NB:  and it was electrical taped shut

BB:  And then tell, tell me what you do when you get up there.

NB:  We said alright so where do we start? And she turns her back to me

BB:  Mhm

NB:  Said get in the back, I opened it up, pulled a couple of bottles out of the way…grabbed one red, one black…handed her the red and then started painting the swastika, she went up and around and did the perimeter of the flag and then did the circle

BB:  Mhm

NB:  around the swastika and then I grabbed the other red out of her backpack and we started filling in the flag…and then… we took iron crosses on the side of that one and then we said no there's another wall… did one there.

BB:  Okay.

NB:  Same procedure

BB:  (OV) So you both, you both, are you both artistic… I mean it's, it's—it's, it's ob—it's obviously took some effort uhh to do that… umm

NB:  I mean, I doodle in my free time

BB:  Okay

NB:  So

BB:  but you both painted it, you both did the spray painting?

NB:  Yeah she, she's really good at realistic drawing, I'm more of a uhh, cartoony character kind of thing

BB:  Okay

35

NB:  Which… yeah

BB:  Gotcha…. umm

NB:  The lines aren't to.. just regular lines aren't too much different

BB:  Gotcha… and uhh so you, so you spray paint and then what do you do?

NB:  We… laid the napalm down and tried to spread it around so it would get like here and here but it

BB:  Mhm

NB:  just plopped…and then whenever I put the pan back some plopped there and then

BB:  Okay

NB:  There was a little like, one of those candle lighters… the click button ones and then she just… boof, boof—and then it was a little bit bigger and then got some here

BB:  So she just lit it mmm—and then uhh what's, what's the plastic then?

NB:  That plastic?

BB:  Yeah

NB:  I think that's like saran wrap for a Gatorade bottle cause one of the labels was falling off so I just chucked it on the fire possibly… that might be it

BB:  Did, did you used Drano? The Drano uhh bombs at all?

NB:  No it's the gel stuff so it doesn't work

BB:  Oh okay

NB:  It had to be the purple liquid

BB:  (OV) Yeah, yeah

NB:  That actually interacts with the aluminum so

BB:  (OV) the liquid then… yeah…. Okay. So did you even try to use it or?

NB:  No, we uhh… we got too nervous cause like the napalm was creating a lot of light we're like alright we're gonna get out of here we got back to Alex's house and we're just like I…

I wonder if the Drano things gonna actually work anyways. So we poured the gel in there and then

BB:   Oh okay

NB:   It just enveloped the aluminum and just sat there

BB:   So what was the popping noise that… uhh some of the neighbors heard out there?

NB:   The popping?

BB:   Uh huh

NB:   Ummm…..I mean napalm burns very hot

BB:   Yeah… okay

NB:   So

BB:   I mean it was a pretty good fire right… and it was pretty uhh intense fire

NB:   I mean yeah is na, napalm does

BB:   Yeah, so I've seen the video so, okay… I guess what, what was the point…of, of the napalm… using the napalm?

NB:   Just to… I guess put an effect below the sign… Peter probably was wanting us to do some internal damage

BB:   Yeah

NB:   With it

BB:   Yeah that's…

NB:   But we didn't have the balls to do that so

BB:   Okay

NB:   We just used it as an effect under the flag

EK:   Did Alex, when you were making it at his house did he know where you were going with the, the, the napalm that you guys were making?

NB:   I'm pretty sure I didn't tell him but he might know.

EK:   He didn't ask why you were taking it out in a taped up with your wife? He, he wasn't interested in that?

NB:   He's, he's used to us making napalm cause

EK:   Okay

NB:   we use it to start fires for barbecues over there all the time, we hang out every Sunday and just cook what he needs and play Mario Cart and stuff

EK:   Did he know about Peter or your plans to go up there?

NB:   I told him we were talking to someone online, I didn't say Peter directly or anything like that.

EK:   Okay so he had no idea of your plans to go to the synagogue

NB:   He… he might know cause he's a pretty smart guy… so he might have seen like headlines and stuff and realized where we went

EK:   M'kay

NB:   but… I don't

EK:   before you left he didn't know that you guys were headed there to

NB:   He shouldn't of

EK:   Okay

BB:   So ultimately what's—what's the, what's the purpose of - of doing this?

NB:   Just to have symbolism, make a headline

BB:   Okay…. and he chose the Synagogue?

NB:   Yeah

BB:   Okay and what - I guess what did he tell you – what was the purpose of doing it at the Synagogue?

NB:   He said because it's full of the ethnic Jews, which is… the main thing. The religious Jew part wasn't the… being a religious Jew wa—Jew wasn't the deal for Hitler it was the ethnic Jews. Because there was like two percent of the population represented…

BB:   (OV) So race versus religion?

38

NB:   Yeah, yeah…yeah it was two percent of the population representing fifty percent of the vote that's the problem we had with it

BB:   Okay, so I guess, what's the... then what's the issue with, with Jews the race

NB:   Oh, because historically...if you look into the makeup of political officials...you will find that roughly two percent of the population which is around the minority population of Jews

BB:   Mhhm

NB:   If you look at political official, officials… like 50 percent of them or more have been Jewish… race for years upon years

BB:   Mhm

NB:   And they're only a small percent of the vote …they're, they're only small percent of the population so… it's basically saying you're over represented

BB:   Okay… in, in the realm of political leadership -

NB:   (OV) in, in, in, in the realm of political leadership and democracy…

BB:   Okay…so I, I guess what's the purpose of...what, what ultimately is the purpose, what's the message that's, that's being sent umm, by Peter uhh through you to…through you and uhh, umm Kiyomi in doing this?

NB:   I guess it's just …. back down or something like that

BB:   Okay

NB:   You know...it's just like…

BB:   Get out?

NB:   Kinda?! Maybe?

EK:   And you had only talked to Peter the 25th and 26th? And he was able to convince you, in on Telegram through limited conversations for two days to go do this?

NB:   It, it wasn't limited conversations, it was like six hours at a time

EK:   So you had talked to him on Telegram for six hours at a time?

NB:   It wasn't me, it was my wife.

EK:   Okay so…. It was on your wife's phone? She, she had the Telegram app on her phone

NB:   Yeah

EK:   And did she meet Peter or did you meet Peter?

NB:   We never met Peter

EK:   Online, like through the app

NB:   It was, it was her meeting Peter and then we both talked to him

EK:   Okay

NB:   through her phone

EK:   And it was all through the typing

NB:   (OV) Text

EK:   texting… so, but it was all happening on the 25th and 26th

NB:   Yeah

EK:   and so… Kiyomi's on there and she meets Peter in one of these discussion groups and starts talking to him… so over a period of long conversations on the 25th and 26th this plan came into effect and you guys decided to go carry it out and did so….

NB:   and well… it was also… I hadn't been able to have that good of an effect on her because typically it's more of a separatist view, that I try and hold where it's just like… rather than… it, it, it's like don't interbreed, that's more of the thing, don't

EK:   That you believe?

NB:   Yeah

EK:   Yeah

NB:   and it's, it's more of a passivist view of just like don't, don't kill for it… just be abstin—be abstinent for it

EK:   Be separate

NB:   Yeah

EK:    And Kiyomi doesn't, she had a more…

NB:     Uhh… it was, it was like nature vs. nurture depending on how you treat the child they'll develop no—notions a certain way, she was still young enough to where it was like childish views

EK:     Mhm

NB:     and then I guess Peter kind of fed off that and then I was pulled into it because it's my wife so

EK:     So she wanted your help in doing it

NB:     Well, I, I kind of, I kind of naively found it like a date night, is, is very crazy date night but…

EK:     Okay

NB:     I… I did go in by my own volition.

EK:     Were you communicating with Peter primarily or was your wife communicating with him?

NB:     My wife, it was all, it was all on her phone.

EK:     But did, were you sitting right by her side reading it as it was happening? Did you know that,

NB:     (OV) it was

EK:     the extent of the conversation?

NB:     It was every couple hours I'd check in…

EK:     So

NB:     (OV) So I knew the co—I knew the conversation was going on for a while

EK:     So when it was decided to, to uhh where you guys were going to conduct this… did she tell you or were you there sitting with her when it was decided that this was the congregation you guys were gonna

NB:     I was sitting with her

EK:     Okay

BB:     Do you know how he chose, this uhh synagogue

41

NB:     He, he… Google Maps and he has like a filter of how to find places

BB:     Uh huh

EK:     How did you trust you knew who this guy was, I mean you met him the same day essentially…and he's

NB:     Cause everyone else I've met on the server is an extremely respectful person and extremely nice.

EK:     How many, have you ever met any of them in person?

NB:     Not in person, no.

EK:     Have you ever been like gone to meetings with like-minded folks like could be in… you know similar, like you have the National Socialism, you have different groups that you participated, any of those groups locally?

NB:     Uhh, my wife and I recently had a dinner with a bunch, with a lovely couple from a group called Identity Europa and we had a nice little dinner down at the Indy Diner…and we just sat there and

BB:     Identity Eu-Europa?

NB:     Yeah, in—instead of like a u, it's a v, it's weird.

EK:     What were their names?

NB:     Uhh Sarah and… Douglas

EK:     And how did you meet them?

NB:     Through Identity Evropa, her names Volkmom on Discord and

BB:     Volkmom?

NB:     They're extremely nice

BB:     Like V-O-L-K-M-O-M?

NB:     Yeah, yeah

EK:     And were the aware of what you were doing here that you were talking to Peter?

NB:     No, they, they had no idea

EK:     And was that before or after this?

NB:     That was like this past Saturday

EK:     Okay, okay.

BB:     Where and where'd you meet them?

NB:     Uhh Indy Diner in Martinsville.

BB:     Okay.

NB:     It's a real nice family restaurant.

BB:     What time was that?

NB:     It was 6:45 on Saturday, like this past Saturday.

BB:     Okay.

EK:     But other than the Identity Evropa you met on Discord? Any other groups any other like act—like you've read in the paper about like these big protests like in places like Charlottesville, did you go to any of those type of events, or do anything like that?.... okay.

NB:     Because of us subscribing to Identity Evropa… Identity Evropa said you can't, we're not allowing any of our members to go to the Unite the Right 2 so instead we went and with a bunch of Identity Evropa members to dinner.

EK:     To dinner?

NB:     Yeah,

EK:     what's—so there were other I—IE

NB:     Yep

EK:     guys at the dinner

NB:     One more his name was Steve, he was the guy that's just like hey you guys are new, you two are new how about we all get a dinner date together.

BB:     What does this group, what's the belief system?

43

NB:    It's just be proud that you're European, it's, it's an identitarian movement, it's nothing political

BB:    Okay

NB:    It's just like you're European, be proud of who you are, take care of your family.

BB:    Okay, I mean that sounds positive does it—what's

NB:    Yeah, yeah, that, that's

BB:    But is there, is there any, but do they have any uhh animus against any o—any other groups?

NB:    Uhh. there, there's always a couple poisoned skittles to ruin the bowl but

BB:    Yeah

NB:    my wife and I are trying to stick away from those now, since the whole conscious is like setting in on that… cause it was a couple of days after that happened, that her and I both kind of like sat down and we're just like we, cause like as the news lines, news headlines started rolling…we sat down and we kind of realized wow, we did that

BB:    Yeah…. And you realized what message you sent right?

NB:    Yeah

BB:    I mean, and that's a pretty intimidating, threatening message… right? You agree with that?

NB:    Yeah.

BB:    Uhh, I mean…just be… just you know, just for a group of people that… because of their race…

NB:    Should've been sticking with the separatists

BB:    Yeah

NB:    Yeah

BB:    Umm, where'd, where'd you tell your parents you were going?

NB:    We

BB:    that night?

44

NB:     told my parents that we were gonna go watch a movie with Alex

BB:     Oh okay

NB:     Yeah, we told her that we were going to go watch the new Mission Impossible Fallout

BB:     Oh okay, alright… did you go see that at all? No

NB:     I want to so bad but no I didn't

BB:     That would've been a much, I think that would've been a much better uh choice

NB:     Yeah, that, that would've been a much better venture

BB:     Yeah

NB:     and

BB:     Did you tell them you were going somewhere else before that?

NB:     Hmm

BB:     Did you tell them you were going somewhere else before that?

NB:     The movie theatre, before that?

BB:     Or before the, the movie?

NB:     No… we just said we're gonna hang out at Alex's for a while and then we went and bought the stuff, went over to Alex's and then we called and let them know hey, we're going to the midnight showing of

BB:     (OV) Okay

NB:     Mission Impossible Fallout cause

BB:     (OV) So you

NB:     it was like coming out that same day

BB:     You bought the stuff at Walmart that day?

NB:     Yeah

BB:     Uhh, and then went to Alex's

45

NB:     Yeah

BB:     Did you go anywhere in between there?

NB:     I think it was like IGA there in Monrovia that we bought the gas at and then we got like Styrofoam cups from Dollar General in Monrovia as well… cause they're like right next to each other.

BB:     Why the Styrofoam cups?

NB:     Cause you dissolve Styrofoam in the gas to make the homemade napalm.

BB:     But didn't you buy uhh, two hundred

NB:     Yeah it was a…

BB:     Uhh, Styrofoam plates

NB:     Oh no, no

BB:     (OV) Walmart

NB:     Yeah, we p—we buy Styrofoam plates from Dollar General and IGA because it's closer to Alex's house, that's, that's for the stuff we use to make the barbecue.

BB:     Oh okay

NB:     Yeah

BB:     So the, the two hundred plates you bought at Walmart

NB:     (OV) At Walmart

BB:     were put to use up at the synagogue.

NB:     (OV) were… to get…  yeah.. to get gas and then we hit the synagogues, yeah

BB:     Okay, alright. Umm,

NB:     And, the gas was actually in Me—uhh Mooresville cause like we were at the Camby one. The Camby Walmart.

BB:     Yeah

NB:     and then we went down through

BB:     No you were at uhh, umm Greencastle Walmart

NB:     Gre-gree-Greencastle Walmart but then whenever we went to Camby

BB:     Mhm

NB:     we went… I, I think we went… I, I don't know if we… I think we got something at the Camby Walmart.

BB:     At the Camby Walmart?

NB:     Yeah

BB:     The same day?

NB:     Yeah cause I remember we also were stopping in Mooresville at the… Circle K's Shell gas station

BB:     Mhm

NB:     and then we filled up the gas can there to get the gas for the Styrofoam plates

BB:     (OV) Okay, okay. Did umm, have, have you ever done anything like this before?

NB:     No.

BB:     Never?

NB:     First movement

BB:     First time you've ever done this. Uhh….

EK:     What about Kiyomi is she, she been involved in this type of stuff before?

NB:     It, it was mainly just like there uhh—there was supposedly this shooting that happened at a mosque a while back

BB:     Mhm

NB:     Down towards Columbus… her and her stupid friend Renzo were like… they saw lights up the hill and they just looked like straight lights, so they're just like sitting there with a BB gun seeing if they could hear a tink off the light pole but then it like knocked out one of the lights and apparently it actually went through the church window—window.

BB:     When, when was this?

47

NB:     This was, I think like 2016…. It was a while back.

BB:     Okay

NB:     Down in Columbus, down towards Columbus

BB:     Where, would, when and what, which uhh… was it a synagogue or the?

NB:     It was a mosque

BB:     Mosque.. okay

NB:     And they—they didn't know it was a mosque, they thought it was street lights, they were trying to shoot the light pole cause they saw the light and they thought it was a street lamp

BB:     (OV) Oh okay

NB:     So they're just like ting, ting

BB:     And who was it? It was her and who?

NB:     Her and some guy named Renzo, it's..

BB:     Arenzo?

NB:     Huh?

BB:     Arenzo or?

NB:     Renzo… R-E-N-Z-O.

BB:     Where and where does she know him from?

NB:     In—back when she was living down in Columbus, it was like months before we got married

BB:     Okay

NB:     It was still a long distance relationship

BB:     So they were over by the mosque uhh…tryna shoot, shoot umm, umm

NB:     Trying to

48

BB:     Street lights out and accidentally hit the mosque

NB:     They were trying to hit a street pole… street light pole

BB:     Ahh and accidentally hit the mosque

NB:     And then

BB:     and broke a window at the mosque

NB:     Well the street light was the mosque

BB:     (OV) Oh okay

NB:     because they, they couldn't see the full design cause they were like in the woods

BB:     okay

NB:     So

EK:     This was 2016?

NB:     Yeah I think so

EK:     Okay, so it was a couple of years ago

NB:     Yeah it was, it was a good while back

EK:     And it was a mosque in Columbus or Bloomington?

NB:     Ir—it was around Columbus, I think it might've been between Columbus and Bloomington

EK:     Okay

NB:     Cause… in that Southern Indiana area

EK:     Okay. Now was she running with any groups back at that, that point? Kind of like IE, anything like that?

NB:     Uhh… not at that point but like after a couple of months… something came up where it was called, I think you guys, you, you've heard of the Traditionalists Workers Party? TWP?

BB:     Mhm

49

NB:     Uhh, she was with them for like a couple of months before it dissolved cause they, they had pretty decent views but there was like the whole Heimbach scandal and then… they disintegrated and she's like well that—that went wonderful, so then she was trying to—cause she got used to being able to talk with people and then it was just gone, so then she wanted to try and find people again so she was getting on Discord for it

BB:     Mmm.

NB:     And then, fast forward this whole debacle

BB:     Yeah…. So, have you ever uhh, you ever given any speeches on uhh national socialism?

NB:     Uhh, no… Not that I can think of.

BB:     You ever written any?

NB:     I've, I've tried to, I'm just not good at speaking

BB:     Tried to give speeches or?

NB:     I've, I've tried to write a speech

BB:     Okay

NB:     And I was trying to get uhh, I was, I was gonna call it National Corporatism and try and make it my own thing, where it was more of a separatist view of things but then I just couldn't get the flow right and I gave up

BB:     What were you writing this for?

NB:     Just… personal… see if I

BB:     Where would you, I guess where would you give the speech?

NB:     I started out with close friends and then see if I could go somewhere bigger and talk with people about it

BB:     Okay. And do you, do you, have you done this stuff in Greencastle at all? Any speaking up there?

NB:     Not that I can think of

BB:     Never done any speaking up there or… talk to any groups (IA)?

NB:     I mean they have a big auditorium so if I got popular enough eventually

BB:     Oh okay… but you've never been recognized for any of your speaking

NB:     I'm, I'm not that good

BB:     Okay

NB:     I had trouble passing Communications class back at Ivy Tech, I'm not that good

BB:     Okay, alright. Umm…. Uhh

EK:     Are you guys paying dues to IE like to join or just have the dinner to learn about it?

NB:     Oh we had the dinner because they were new members just like us and we had a… we had to go get a money order because our bank accounts wouldn't link to

EK:     Okay

NB:     like through Zell to be able to forward the money, so we go him one hundred dollar money order and chucked it to him.

EK:     Okay, did you, who did you give the money order to?

NB:     Uhh, I think his name was Anthony something

EK:     Okay

NB:     He's one of the financial guys for it

EK:     Okay and he was at the dinner as well?

NB:     No

EK:     Okay

NB:     Uhh the people that were at the dinner were Sarah, Douglas and Steven or Steve and I don't know their last names

EK:     So when did you give the money order, the hundred dollar uhh, money order to Anthony

NB:     It was… a day or two, we shipped it via mail, it was like a day or two after the meeting this Saturday, so it was like yesterday or no it was… it was on the way to the dinner, so Saturday at like 6:30 ish we popped it in the mail..and

EK:     So you guys are now members with IE?

NB:     Yeah

EK:     Okay. And she's a member as well?

NB:     Yeah

EK:     Okay.

NB:     We took the money order and popped it in the mailbox (IA)

BB:     What does that, what does that get you?

NB:     It's a yearly, year subscription. It just helps fund the fact that, it helps fund IE so they can like buy banners, rent an AirBnB or just help finance the project

EK:     Did they give you a way to communicate securely with them, like peer-to-peer communication or anything

NB:     It, it's a…. it's a completely different Discord so you can have different servers, they have like the Traditionalist—Traditionlent… eh da da—the Nationalism server, I'll just leave it at that, the one where this whole debacle came from and then down one it's called like… people watching birds or whatever, but whenever you get into the group it actually says Identity Europa, and then they have multiple different sub servers where it's just like here's one for just women… so they can talk about like cooking and wifely duties and…

EK:     Okay

BB:     What do—how do you, how do you talk on this, I mean is it all on your phone or

NB:     How do I talk on it?

BB:     Yeah

NB:     I don't talk on it, I work too much

BB:     Okay. How does Kiyomi talk on it?

NB:     It's on her phone

BB:     (OV) On her phone

NB:     and then she has Discord downloaded onto her computer as well.

BB:     Where's her computer?

NB:     It's a Lenovo that she has at home, she uses it for school

BB:     Oh, on a laptop

NB:     Yeah

BB:     Where does she go to school?

NB:     Ivy Tech, same place I did

BB:     Okay

NB:     She's doing the same thing I did, where she's getting into the ASAP program and trying to get her Associate's in one year rather than two.

BB:     And whats the ASAP?

NB:     You take double classes

BB:     Oh, okay

NB:     You take double the credit hours

BB:     Yeah, yeah.. Okay

NB:     and a 29 credit hour semester is just so much fun

BB:     Yeah, gotcha

EK:     Okay, so you, you guys are, are there and you're communicating with them… Did you tell anyone about this on Discord that hey this is us, we did this… does anyone in IE, are they aware of what you've done? I mean, it's a pretty big deal

NB:     Yeah it, we did, we didn't.

EK:     So you didn't tell them?

NB:     No

EK:     Okay

BB:     Yeah and Mike Pence, the Vice President's tweeting about it, right?

EK:     That's a big deal

NB:     Yeah

BB:     Yeah

EK:   Okay

BB:   Is it, has the President tweeted about it, do you know?

NB:   That… no

BB:   Okay

NB:   I, I don't keep up on social media that much

BB:   Okay

NB:   My wife was the one checking out the headlines and it was on a news story that Mike Twin—Mike Pence tweeted about it

BB:   Okay.

NB:   She was like spamming my phone at work one day and I'm like oh, wow that's, that's big, that, that okay that's gotten really big, that's the Vice President

BB:   Mhm

EK:   How's Kiyomi feel about that, is she nervous about it, is she

NB:   I think because it's how… like how she was getting to lean. I think she got kind of excited about it, but

EK:   Okay

NB:   I'm hoping she kind of picked up oh—on the fact that I was….kind of ick towards it

EK:   Right

NB:   I, I don't know how to describe that feeling other than just ick

EK:   Okay, okay… But she was excited about it?

NB:   I guess you could say

EK:   Okay

NB:   Excited… just not, not like overly enthusiastic she's just like we were tweeted about by the Vice President, that's pretty cool.

EK:   Okay, okay.

BB:   So are—are you or Kiyomi, you're both affiliated with IE now right? Is it, would you describe them as a white nationalist group or?

NB:   Not white nationalist

BB:   Mhm

NB:   Just identitarian, it's

BB:   What's the difference?

NB:   Uhh, white nationalist is typically deemed more of a…we're better than everybody sort of thing and

BB:   Mmm

NB:   Identitarian is just like, it, it's the same root word identitarian… identity

BB:   Mhm

NB:   It's just how you are, it's just we're European, be proud of it just don't be an ass

BB:   Okay

NB:   Which is… the school of thought, that I try and subscribe to more than anything else, because its more socially acceptable and you don't have people trying to punch you in the face over it

BB:   Alright would, I mean would, would you consider this (SA Bookwalter displays picture from crime scene)… uhh

NB:   That's not, no

BB:   acceptable?

NB:   That's not…

EK:   would IE consider that acceptable?

NB:   No

EK:   What, what do you think they would if you told them you've done that?

NB:   That would've been like, hey you no longer have a membership, good-bye

55

EK:     Okay

NB:     Yeah

BB:     Okay

NB:     They do banner drops of just…they do banner drops but vandalism is not okay

EK:     Okay.

BB:     Any other plans to… to uhh do this to any other synagogues umm

NB:     Not that we had thought of

BB:     Well any other, any, any communication after this with uhh, what's his name Peter

NB:     I think he said try and hit up a mosque sometime soon too, but my wife and I have been focused more on trying to get me into the Iron Union and get funds for moving out of my parent's house and then paying off her car and then actually focusing on life thing rather than political things.

BB:     And tell me Peter's name again

NB:     Asbestos Peter

BB:     Asbestos

NB:     Yeah

EK:     Did he give you any other way to contact him, any other…

NB:     Other than Discord and Telegram, no.

EK:     When you see his name there, that's the only way you have to reach out to him

NB:     Yeah and his Discord recently got banned

EK:     Okay

NB:     Cause he was trying to talk to Kiyomi, but

EK:     So he's banned on Discord

NB:     Yeah

EK:     Okay

BB:    So… he… what did he say when, uhh what did he say when he found out about (IA)

NB:    Whenever he saw the headlines

BB:    Yeah

NB:    He said wow guys good job that's a big deal

BB:    Mhm

NB:    He's just like, uhh I think the first thing he, he sent my wife was the Vice President tweeted about you guys, and you're on like 30 news networks, that's huge.

BB:    Mhm… soo he liked it

NB:    Yeah, he was, he was enthusiastic about it

BB:    Did he say anything more about it?

NB:    Other than try and hit up a, trying to hit up a mosque soon, I don't think there was any other like advice or reaction to it

BB:    Did he tell you, specifically what mosque or?

NB:    He just said

BB:    (OV) Did he choose one yet?

NB:    He said just a mosque… he said you're, you're guy's choice just a mosque and then, my wife and I are just like eh maybe…and then left it be so we could focus on trying to… cause I was trying to get my OSHA 10 that night… so

EK:    When you got back from doing this, did you or Kiyomi get on Discord and tell them you've done it before it hit the news, cause it took a bit for it to hit the news, did… you guys communicate with him that hey we did it

NB:    I think she hopped on her data on the way home

EK:    Literally on her ph—on the way home from

NB:    Yeah, I, I think we were about… since we were coming south on 465 on the west of the west side, I think we got to like maybe to Rockville and she said it's done.

EK:    And then, what did he reply to that

NB:     He was asleep, so.

EK:     Okay.

BB:     How long

NB:     We didn't get a response until

BB:     How long did it take you to do this by the way, that night?

NB:     To do…

BB:     Yeah when, about what time did you get up there you think?

NB:     I think it was… one o'clock and then we got back to the car and the clock said like 3:30.

BB:     Okay, what time did you get home then?

NB:     We got home at like… 4:20ish in the morning, 4:40ish in the morning.

BB:     Okay

NB:     Somewhere around there, and then, I had to

BB:     That took a while to do it

NB:     I had church in the morning so her and I went to bed, well we took a shower, went to bed passed out and then got up and went to church

BB:     Where did you go to chu—where do you go to church?

NB:     Uhh Corinth Baptist Church

BB:     Okay

NB:     It's a little white church in the vail if you ever heard that—heard that saying

BB:     What's that called?

EK:     Little white church in the vail

BB:     Oh okay

NB:     It's way out in the middle of nowhere where if you, it, it's a little town called Plano

BB:     Mhm

NB:     I don't even think it shows up on maps anymore

BB:     Yeah, I've never heard of it.

NB:     So if you drive through it and you blink, you, you literally miss the town

BB:     Okay… alright. Uhh so, so you were up there from one til, so about two and two hours and twenty minutes

NB:     (OV) Yeah we were walking, we were walking really slow

BB:     Okay

NB:     Along the road

BB:     Yeah, I was gonna say that, that take a

NB:     It was

BB:     How did you go back to the car

NB:     We went up this way and

BB:     No, no, no… eh—back from the..

NB:     Oh back to the car (OV)

BB:     (OV) cause you were dow—you were down here to the southwest

NB:     We went this way down and along this fence and then

BB:     Okay

NB:     there was like a light right here so we had to go between some trees and then we hopped

BB:     So you went back over to Shelborne and went South… okay

NB:     Yeah we went Shelborne then went on this side of the road

BB:     Gotcha… alright

EK:     So real quick ahh…. Do you have any way yourself to communicate with Peter on your phone?

NB:     No

EK:     Could, could you, could you… like if… you wanted to help us could you communicate him or could only your wife communicate with Peter?

NB:     Only my wife. Which…

EK:     So you have no way to get in touch with him?

NB:     No I don't have Discord, I don't have Telegram

EK:     So if we look on your phone, your… th—those apps aren't or your computer, we're not going to find those apps?

NB:     No

EK:     So you weren't on Discord or Telegram

NB:     I have What's App but he's not on What's App.

EK:     So all uhh, you're saying one hundred percent of the communication with Peter

NB:     Was on my wife's phone or laptop

EK:     Now did you ever get on her phone and do the typing and discussing with him

NB:     I… would open up her phone and say hey there's a notification from him but…

EK:     (OV) But as far as

NB:     I never typed

EK:     communicating with him, she did a hundred percent of the communication with him?

NB:     She was always the one texting

EK:     Did she delete any of that stuff after this hit the news or is it still on her phone?

NB:     I think it might still be on her phone

EK:     Okay

BB:     Is… did you take any photos of this—of the uhh, what you did out there?

NB:     This uhh should be on my phone, there's uhh a file

BB:     (OV) It's a photo? Where?

60

NB:     There's a file where it's just like… one that's supposed to be like a light on the synagogue to show him where it was and then show it's like one… one flash picture of… left side and right side flag where it's like from the corner of the dumpster so

BB:     Okay… so you took, you took a couple… two photos?

NB:     It was… three or four I think

BB:     Okay

NB:     Cause

BB:     They're not on your phone

NB:     Yeah. They should still be there.

BB:     Okay

NB:     It's uhh, one of the actual synagogue itself which you can't really see it  cause it's night time

BB:     Mhm

NB:     And then I used flash on the wall so you could see the left and right side flags… and then whenever we had set the napalm ablaze as I was running away I took a quick one and kept going

BB:     Mhm…. Okay.

EK:     Did you send those photos to anybody? Did you share the photos with anybody… like electronically, did you send them to Peter, did you…

NB:     (OV) Uhhh… I dont

EK:     Send them to your wife?

NB:     I, I, I think my wife might have sent… might have sent one

EK:     How did she get them from you?

NB:     It was through a… USB cord. I think we, we transferred it onto her laptop and then transferred it onto her phone from her laptop.

EK:     So you transferred the photos from your phone to her laptop, to her phone and you think she might have sent one of those photos to Peter.

NB:     Yeah… possibly. I think she, I think she may have done it in idle conversation but I, I never saw her send it

EK:     Cause you just said that the photos were, were you said he… so you were taking the photos for Peter?

NB:     Yeah

EK:     Okay, so did Peter ask you to take it?

NB:     He, he said whenever it, whenever its done try and get a.. couple pictures and show me.

EK:     Okay. So you, you, you were taking those when you took them, you were taking them for Peter?

NB:     Mhm.

EK:     Okay.

NB:     I was gonna send him the entire album as a media file… of like three pictures, it was

EK:     How were you going to do that if you couldn't communicate with him?

NB:     I was gonna transfer it onto her laptop and let her send it

EK:     Okay.

BB:     What, what did Peter tell you the message was he was trying to send here?

NB:     Uhhh he, he… said it was mainly trying to rile up—rally up people. See if there were any underlying groups that wanted to see if—were waiting to see if anybody was out there in Indiana. Just to see if something could come of it and people would become more active which… yeah

BB:     Active to do what? To do this kind of thing (OV).

NB:     Active to like, active to come out and talk.

BB:     I mean, this uhh that's pretty radical

NB:     (OV) Yeah, that, that's, that's

BB:     (OV) message to….

NB:     (OV) not exactly talking

BB:    get people out and to talk yeah… uhh

EK:    What was… where… what dog does Peter have in this fight? What was your impression or Kiyomi's… why is he intrigued… he's over, you said he was vacationing in Kiev

NB:    Yeah

EK:    and he's Romanian

NB:    He uhh… it's because there's stuff over in Europe called the Nordic Resistance Movement which is… basically a bit more, it, it's a bit more aggressive version

EK:    Now that's up in Sweden and Finland though

NB:    It, it's Sweden and Finland and it's also Northern Germany

EK:    Okay

NB:    And then they also have uhh… crap what's it called, it's uhh… umm

EK:    Cause they fire bombed a refugee center over in… like in that area

NB:    That I did not know about. Wow!

EK:    Okay.

NB:    Kay, uhh I, I heard  the… or—or, or is that the one about the embassy cause like there was one where they had like firecrackers and they threw it over the fence at an embassy

EK:    Okay

NB:    Its…that one I heard about

EK:    So Peter said he

NB:    but refugee center?

EK:    Did, did Peter say he was a member of the NRM?

NB:    Uhh, I… I think he said either the NRM or he was part of uhh…. There's another one there in Europe that's like more of actually European people crap… uhh, it's, it's… it's uhh Identitarian Movement of like younger Europeans and it's not identitarian, it's more of the activists group and…

EK:    And where is that based out of?

NB:     It, it's based out of like central Europe, it's like Southeastern Germany, Poland, Austria and then… the one that's just south of Austria.

EK:     Okay but its not NRM, it's another?

NB:     It, it's, it's different

EK:     Okay

NB:     There, there's like two or three, two of them… uh… two of them being the NRM and then the one I'm talking about now and then like the third one I don't know what it's called either.

EK:     Okay, so he, he's a part of one of these groups so he's…

NB:     Yeah…. I don't know if he's like subscribing to them like a membership because I don't think they do that sort of thing financially but

EK:     (OV) Right

NB:     there…

EK:     Did he say what his nationality was like… Is he European? Is he Russian? Is he German?

NB:     I think he's Russian

EK:     Okay

NB:     Or… I, I think he's somewhere between Russian and Romanian

EK:     Okay

NB:     Cause he said he was born in Romania but you know… that…doesn't mean too much

EK:     Right

NB:     Whenever there's open borders so

EK:     But did he say where he lived?

NB:     He said he was living in Romania, I'm pretty sure

EK:     Okay

NB:     And then, all I know is that at the time he was in Kiev

64

EK:     Okay

NB:     And he's been to Russia, he's been to America

EK:     (IA)

NB:     He's not a big, he's not a big fan of Los Angeles apparently.

EK:     He's been in the United States

NB:     Yeah I'm pretty sure

EK:     Okay

NB:     I think he said he's been to… Florida, Los Angeles and I think New York is how he would get here cause like (UI)

EK:     Did he say why he came to the United States?

NB:     Cause he, he works a lot and then he's had money to vacation so he's wanting to see the world

EK:     Okay…Okay

BB:     Do you, do you, you know… you said you don't have any weapons in your car right?

NB:     No there shouldn't be

BB:     Okay. Any weapons at, at your house?

NB:     Other than a BB gun no

BB:     Okay, just, just a BB gun

NB:     Which I'm pretty sure my mom doesn't even know how to use that so

BB:     Gotcha, okay…uumm

NB:     I mean other than, other than my wife's knife collection but they're all like Franklin Mint collectibles so… it, they're, they're worth more than trying to hurt someone with

BB:     Okay. No other uhh weapons, no… uhh… ehh… do you guys, do you guys keep a, umm any sort of uhh Drano bombs or…. Uhh any of that kind of stuff out there or no? Okay.

NB:     I mean unless you're scared of laundry cleaner no

BB:     Yeah… okay.  Umm, are you, do you know anybody that's umm involved in any white supremacy groups?

NB:     I used to, but I think he died… his first name was Zack and I think his na—last name was like Nichols or something like that. He lives down in Brown County and

BB:     What was you fillia—affiliation with him?

NB:     Uhh, he was a friend of my wife and her and him would really just play Call of Duty together but then whenever her and I got into a relationship, she stopped talking to him and then… I, I met him like a couple of times and then him and I talked for a little bit because of slightly matching ideals and then whenever he found out I was a separatists, he got pretty angry and walked always.

BB:     What… why?

NB:     Cause usually separatists and then what we would usually refer to as genocidal imperialist

BB:     Mhm

NB:     are…. Very confronting, cause we're just like No for separatists we're just like no we need to leave them be, stick to our own kind and then that'll sort things out itself over time and then if genocidal imperialist are like we need to go, go, go get shit done, get them out of here, we need to do it either by force… by some way of force or scare them off of like…. scare them off through memes

BB:     Mhm…okay

NB:     So

BB:     Well I—I, I guess the way you're describing it, it sounds like Ki-Kiyomi's more…leans more toward the… uh

NB:     Genocidal imperialism?

BB:     Yeah

NB:     That, that's because she was developing those views early and then

BB:     Mhm

NB:     Nature vs. nuture took—turk ov—took over and rather than her being around me with the nature of separatism her friends, you know peer pressure

EK:   What group was Zack with… when you said he was in that

NB:   He was just a lonesome

EK:   So he wasn't apart of uhh

NB:   Yeah

EK:   (UI)

NB:   He, he was just a lonesome and he'd go to school, do his homework

EK:   Okay

NB:   (IA)

EK:   Okay

BB:   Who would you say that you're in contact with right now that's… member of uh, white, uhh nationalist group

NB:   White nationalist? I—I'm pretty sure it's just only Peter, other un—unless you count like… I'm, I'm pretty sure there's a lot of radical people on Discord but we typically stick away from them cause they're, they usually don't communicate very often on the server or you have to personally message them which my wife really doesn't go out of the way to personally, mes—personally message them.

BB:   She just talk in like groups or?

NB:   Yeah it's the, it—there's a ne—thing called the Oracle where it's literally just white women talking about making food or how to make meat and…

BB:   Mhm

NB:   Oh this is uhh a… easy way to manage your time to do laundry and get dinner done. It's just like talk about wifely duties

BB:   And what that—what's the name of that forum?

NB:   The Oracle but…it, it's also there's it's a ste—it stems from what is called Traditionalist Nationalism.

BB:   But where is that, I guess where do I… where, where I find that online?

NB:   Discord

BB:     Okay

NB:     Yeah, there—Discord has like thousands of separate servers

BB:     (OV) Yeah okay… and, and this server would be…how would you access this server?

NB:     Uhh, you should be able to just go on there and look up Trad Nat, it'll probably take an invite to get in and then you'd have to tell them hey this is uhh, there, there's something called vetting where they

BB:     Mhm

NB:     make sure you're actually someone that has ideals rather than just some crazy leftist trying to get in and take, take fascist comments out of context.

BB:     Mhm

NB:     So

BB:     So tradi—Trad Nat like Traditional Nationalism

NB:     Yeah Trad Nat.

BB:     Okay

NB:     and then… or you might just search the terms Traditionalist Nationalism

BB:     Okay

NB:     And then you take uhh, of like a vetting quiz you take these labels where it's all like corporatists, capitalists, uhh religions there's like Baptism, Buddhism, that's… just everything. There's so many tags and there's atheism… you just take these tags the ones that best describe you, as many as you need, and then throw your tags out there into the server

BB:     Mhm

NB:     and then the moderators would come out and say alright we'll get in, one of our es— experts on say Baptism and get them to ask you a couple questions, they ask you a couple questions, see that your views are actually Baptist

BB:     Mhm

NB:     And then they'll have discussion with you for a little bit and pull back and then they'll pick another one of your tags on just see, just how your views actually line up and then

whenever they see that you're good enough and they feel like you're in the clear, alright cool, come on in…. they'll let you in.

BB:     Okay

NB:     Then you get access to the rest of the servers and then you get to talk with all the people that are already on there and then they send you the links to different servers which usually you have to do vetting for every single server you join.

BB:     Okay

NB:     Especially the library servers which have all of the books, all of the books like Terabytes

BB:     What do you mean all the books?

NB:     Uhh rather than what typically people read in… school which is like the Manheim version of Mein Kampf, they would have the Ford translation

BB:     Kay

NB:     Like by Henry Ford

BB:     Mhm

NB:     And then they would have uhh…. Psychological articles, all these news headlines, just everything that's typically been taking out, taken out of censored media

BB:     Mhm

NB:     Which… usually the easiest way to get those is through something called the yandex Y-A-N-D-E-X

Bb:     Okay

NB:     It's a predominately, it, it has an English setting but it's predominate—predominately in Russian

BB:     Uh huh

NB:     for you to be able to get the.. uhh books you need, you can search and then it's typically, completely uncensored media… then there's something called, I think it's the library genesis which I've never been on there, I think my wife has a couple of times she hasn't found anything

BB:     Mhm

69

NB:     But supposedly there's huge amounts of books on Library Genesis that you can find that's useful

BB:     Okay….. uhhhh so what else, I guess umm, what else do we need to be concerned with here… uh as far as… going forward umm threats to any groups, any Jewish groups, any uhhh Muslim groups?

NB:     Ummm… I think there was talk on one of the servers about a group up in like the Pacific Northwest like in Seattle

BB:     Mhm

NB:     Where they're trying to move large chunks of white population in there to… and buy up all the real estate to root out minorities and… I, I guess that's…. that, that might be a concern but

BB:     Okay

NB:     That's, that's all really all I could think of

BB:     Okay, nothing, nothing else that you've seen uhh on any of the uhh (UI)

NB:     (OV) I'm not too active on the… I'm not too active on the server itself I work too much

BB:     (OV) Sound, sounds like Kiyomi is the one that's

NB:     She, she is the one that's like there trying to learn

BB:     Yeah

NB:     I… I had my, my views pretty strongly set just

BB:     Mhm

NB:     Be a separatists and read and, right now I'm..

BB:     So why do this then… Nolan?

NB:     It, it was mainly a factor of…. My wife was involved so I felt like I needed to be involved

BB:     Mhm… hmm

NB:     A really corrupt version of Romeo and Juliet I guess

BB:     Yeah… yeah… a really twisted one, yeah

NB:     You won't see that one any play soon

BB:     Yeah… huh…well eh any uhh… I guess any alibis or any—anything you wanna talk about as far as umm… uhh are you, do you—are you remorseful for this now, do you still think it, it was the right thing to do?

NB:     (OV) It, it's, it's been weighing—it's been weighing on my conscious

BB:     Uh huh

NB:     So I've been trying to pick up more and more hours at work and stay away from home which my wife's not the happiest about that, but it's just been

BB:     Was she planning, is, is she with Peter planning to do anything—the, the mosque?

NB:     I don't know if they've had any communication lately, I think she sa---she said she's been having trouble talking to him, ever since his Discord got banned and then like Telegram hasn't been responsive because we don't have signal out at our house because we live like.. a quarter mile from our nearest neighbor and there's so much foliage

BB:     (OV) (UI) yeah it's the middle of nowhere

NB:     Yeah

BB:     Definitely, uhh One and a half lane road there uh huh

NB:     I've never heard the term one and half lane road

BB:     Oh

NB:     but that's extremely accurate

BB:     Oh yeah, yeah… umm anything else they're gonna find in your car related to this incident?

NB:     Maybe… I, I think the gas can's still in there possibly

BB:     Okay, alright

NB:     But I'm pretty sure we left the pot back it's, it's back at Alex's house cause we had a barbecue this Sunday so we used a little bit of residual napalm and just

BB:     Oh okay so you brought pot, the kettle that you used back to uhh Alex's

NB:     (OV) Yeah we, we took the Kettle back to him because it's, it's his

BB:     And what, and you said he lives where?

NB:     I think it's on the Fawn Lane, it's

BB:     Fawn Lane

NB:     I… I don't know the exact address

BB:     Alex Hitchcock, in, is he in the town of Eminence? Or is it

NB:     It's really, really close. I think it might still be in the Eminence Township

BB:     Okay. South? North? East? West?

NB:     Uhh it's like here's the intersection in the middle of Eminence, this is 142

BB:     Mhm

NB:     142 goes this way and then Fawn Lane's like

BB:     Say that again

NB:     Okay so, if you get on 142

BB:     Yep, go

NB:     Heading east

BB:     (OV) East, okay.

NB:     and then it's I think, two or three miles down the road

BB:     Okay

NB:     There's Fawn lane

BB:     okay… 142 East off of 42 about two miles is Fawn Lane… and, is it, uhh North, Left or?

NB:     Uhh it's a, it's a gravel road that goes North and it's a dead end

BB:     Okay, gravel road…. That goes north… where, where is he at on there?

NB:     Uhh there's…. I think it's like the 4th or 5th house on the right….. There's this giant horse pasture and then there's like the tiny little one story trailer back working house

BB:     Okay

NB:     On the right.

BB:     M—mm—it, so it's, it's a trailer?

NB:     It's, it's not a trailer,

BB:     Mhm

NB:     it's just like one of the real small

BB:     Mobile home or?

NB:     It's just one of the

BB:     Small house?

NB:     It, it's basically what you'd see for really cheap in the housing edition, it's just like a straight house with a back door and a front door and then a

BB:     (OV) Okay. What uhh, was it, what color do you know?

NB:     It's like the color of those bricks like the tannish brown

BB:     Tan-brown, brick house

NB:     Gray roof, I'm pretty sure.

BB:     Is it, is it brick or is it?

NB:     It's wood it's like my home

BB:     And uhh where's the kettle?

NB:     The kettle should just be in his appliances or out back on con—uhh concrete slab

BB:     Okay so he may have it inside

NB:     May have it inside,

BB:     Okay

NB:     I don't know if we like washed it out or anything and the electrical tape's in the trash somewhere now, it's off into the ether

73

BB:   Okay

NB:   The stuff we were using to seal it

BB:   Yeah okay… what'd you do with, what'd you do with the used electrical tape?

NB:   uhh we just chucked it in the trashcan

BB:   Okay

NB:   It was, it was in like a trashcan on the way home I'm pretty sure

BB:   Gotcha…. Anything else?

NB:   Oh! I remember why uhh, I remember why we went to Camby, we went there to get snacks because we had, we were getting like these nutrition shakes so we didn't have to eat food, food

BB:   Why is that?

NB:   Cause if you get nervous, you want to puke

BB:   Oh okay

NB:   And liquid goes out a lot smoother than

BB:   Yeah, yeah, yeah…absolutely. When was that? In, in relation to the rest of the day

NB:   Oh it was, it was the same day. It was

BB:   But, so this is that after Walmart?

NB:   I think so

BB:   So you go to Walmart

NB:   Yeah we went to Walmart, got the stuff, went back because it would… we went—why were, why were in Greencastle? We went to Greencastle for…. I think there was like a— Yeah! We went to the Putnam county fair that day

BB:   Oh okay

NB:   And then we stopped at… the Greencastle Walmart on the way home. And then we went to Alex's house, dropped off the stuff we had and then he was—he wasn't there so we went to Camby and then got nutri—nutrition shakes and then came back to the Circle K bought the gas there because we went to Alex's house, grabbed the gas can

74

BB:     Circle K in Eminence or no?

NB:     Cir—uhh Circle K in Mooresville

BB:     Mooresville

NB:     It's like a Circle K slash Shell

BB:     Yeah okay

NB:     And then… eh—are you able to like figure out which one it was like through a membership card?

BB:     Yeah, yeah do you—where is your uhh, where's the debit card that you bought the stuff with from Walmart?

NB:     (OV) Oh… they have my wallet

BB:     In the wallet?

NB:     Yeah

BB:     Okay, alright… umm… yeah the.. we—we'll get photos of it then

NB:     They have the debit card and then they—I think it's like right there smack dab in the front it's my Circle K card so they can figure out which one it was

BB:     Okay

NB:     And then that's where we got the gas and headed home

BB:     Okay you got the gas with the Circle K card

NB:     While heading to Alex's house not home

BB:     Gotcha…. Okay so you went to Alex's house, well why do you drop all of this stuff at Alex's house?

NB:     Oh we just…told him it, it'd be there so we just set it

BB:     Did he know what you were doing?

NB:     We told him that… we were

BB:     So he knows you…

NB:     He, he knows

BB:     He know what you did

NB:     He knows that we were getting stuff set up

BB:     Okay

NB:     For something. But we didn't tell him directly that it was for a synagogue and then like I said earlier, he's a pretty smart guy, he probably figure—figured it out whenever we were gone

BB:     Uh huh

NB:     Extremely late because we took the pot back and

BB:     Okay

NB:     Af—afterwards so we took the pot back afterwards and

BB:     (OV) Yeah… and he knows you make… he knows you make homemade napalms there so

NB:     (OV) Yeah

BB:     Uhh he knows… he could probably figure it out from the… from the newspaper reports what it was

NB:     He-he's, he's a pretty smart guy so

BB:     Yeah… But you never had direct conversations with him about it?

NB:     Not that I can recall

BB:     Mhm

NB:     So

BB:     Who have you told about it? ...anyone?

NB:     Other, other than Peter and Alex… no

BB:     M'kay… no one else? Kay… and Peter… you sent the picture to Peter or at least one or…think couple pictures

NB:    (OV) I think my wife sent the picture to it…

BB:    (OV) She did.. okay

NB:    (OV) I know she said we… I, I know on the way home she texted him saying

BB:    Has anyone else seen those pictures?

NB:    Alex has because

BB:    (OV) He has

NB:    I showed him whenever he brought it up, he's just like hey did you hear about it

BB:    Uh huh

NB:    He knows we did it

BB:    Okay

NB:    But it was well, well after the fact… it was a couple of days after the fact and he was just like

BB:    (OV) Okay. What did, what did he say?

NB:    He's just like hey, have you guys seen the said—headlines and he's just like OH WOW that's uhh… that's a fire and I said yep, that's, that's a fire

BB:    Mhm

NB:    And that's, that's whenever the conscious was starting to set in for me so I was just like yeah we… we did that and he's just like Oh Wow, that's a fire. I said yeah, that's, that's a fire,

BB:    Yeah

NB:    And he's just like that's… that's a big deal man. I said that's a big deal, there's news about it. He goes yup.

BB:    M'kay… huh

NB:    and I told him it was like making regional news because once Peter let us know about the headlines, he went ahead and said go ahead and keep track of it and then Kiyomi kept track of it so she kept me tapped it—tapped into the information on it so.

BB:     Did he, did uhh Peter ever, ever tell you what his uhh well—I guess ultimately why he wanted to, uh to do this at a, at a synagogue?

NB:     He might've told my wife the motive

BB:     Mhm

NB:     Like directly word for word what his motive was. I don't recall it, all I can say is probably to stir up people.

BB:     With… how does that stir up people?

NB:     Cause if they see a, a huge news headline

BB:     Mhm

NB:     there's gonna be underlying groups that come in and be like Woah! People are actually doing things, maybe we can have a voice.

BB:     Okay. But what does it do the people at the synagogue

NB:     Scare the hell out of them.

BB:     Kay… Could you get that, umm… alright uhh we may have a few more questions uhh follow up umm…

NB:     Do you want to like get, get my phone number and call me?

BB:     (OV) Yeah I got… I got (UI)

NB:     Oh you already got it, okay.

BB:     I (IA). Uhh, I can tell you, we're, we're seizing your phone today so… you're gonna have to

NB:     Oh okay

BB:     Uhh temporarily at least uhh, uhh, umm grab another device or uhh, umm yeah we're, we're, we're seizing that one today

NB:     Right

BB:     cause it's got evidence of a crime on it. Umm…

NB:     Do I have my, can I get my debit card for…

BB:     (OV) Yeah I don't they're seizing it

NB:     gas and food

BB:     I don't think they're seizing that, they'll just photograph that uhh…

NB:     Okay

BB:     Yeah, so

NB:     So that's mainly what I'm worried about

BB:     (OV) Okay

NB:     I could live without a phone it's no big deal.

BB:     Yeah, umm… listen it, going forward uhh… I don't know what's gonna happen, I don't know if you're gonna be charged. I don't know if… would uhh but there's a good possibility

NB:     Mhm

BB:     That, that happens okay. You understand this is a federal violation right?

NB:     What, how, how long would that be per se?

BB:     What do you mean?

NB:     How, how long of a….

BB:     I… and, and I can't, I'm not a, I'm not a lawyer so I really can't advise you of like the, the statutes uhh there's a couple statutes that, that apply and that and then different, they have different umm uhh sentencing guideline, that type stuff. Umm I, I don't know

NB:     Oh

BB:     Uhh, and, and all—ultimately, you know what, what happens that, that's up to some prosecutors anyway uhh, how, how it, how and when it would, would get charged. The thing you have to be very concerned with going forward is that you don't threaten or intimidate anyone that's involved in this process at all, okay?

NB:     Okay.

BB:     Let—let's say uhh, cause we're, we're gonna talk to a lot of people uhh okay… umm, we're thorough…uhh that's what we do, okay. So we're like, I'll go talk to Alex, uhh we may have already talked to Alex… may have talked to other people already

79

NB:     Mhm

BB:     Okay so, the, the main thing is don't, don't be uhh, uhh threatening or intimidating.

NB:     Don't be an ass.. yeah

BB:     Yeah absolutely… uhh or allowing your wife to be involved in that either.. yeah, yeah it, it's a, it's a different uhh separate federal crime and that, that's the kind, that's the time when judges uhh you know… throw you immediately in, in, in, into jail so… umm……..

NB:     So just try to

BB:     (OV) Let's

NB:     stick to what I've been doing though?

BB:     Yeah, what the spark plug pieces in your car, what's, what's that from or what's that for?

NB:     Spark plug pieces?

BB:     Yeah

NB:     I've been having to try and repair my car cause it's an old rust bucket recently so

BB:     Are you… you putting in a new, you put a new spark plug in?

NB:     I've, I've tried to, I'm not a good mechanic… I've ended, I have ended up breaking a couple and then my wife and I just decided, you know what just screw it

BB:     (OV) Did, did you use that to break a…any glass anywhere?

NB:     We were using it to break glass at my friend's house

BB:     Where… where's that?

NB:     Alex's, we clean… we had a.spare window from whenever he had to replace his car window and then we just (makes whiplash sound effect)

BB:     You threw it against that?

NB:     We were myth busting.

BB:     Okay… alright you didn't, you didn't use it to vandalize any properties or?

NB:     We couldn't find any windows so… we just

BB:     Oh at the… uhh

NB:     Yeah

BB:     At the synagogue?

NB:     And then the cameras were, the camera light whatevers were freaking us out so we're just like yeah, no.

BB:     Okay. Did you wear the uhh bandanas that you purchased?

NB:     Yeah

BB:     You did wear them?

NB:     Yeah

BB:     Okay

NB:     Or tried to, one of them got gas on it and I'm just like this smells so freaking bad

BB:     Mhm

NB:     So mine was like on and off, on and off

BB:     Uh huh… was there anybody else involved besides the two of you and, and Peter. You sure about that?

NB:     I mean unless you technically count Alex no.

BB:     Well what was his involvement?

NB:     He gave the (OV)

BB:     (OV) Just to provide you the kettle?

NB:     Just the place where we mixed the stuff and had the kettle.

BB:     Okay, so he knew you were mixing something to do something with it

NB:     Yeah

BB:     Did he know exactly what you were gonna do with it?

NB:     Not until he found out and saw the… news headlines

BB:     What did he think you were gonna do with it?

NB:     We didn't tell him anything, we just said we were gonna have experiments cause… we do that stuff out at my house

BB:     Okay

NB:     for just seeing what it does and

BB:     Okay

NB:     There's an old dilapidated barn that nobody uses, so we just

BB:     At his house?

NB:     No at, at my house

BB:     (OV) at your house

NB:     At my house

BB:     What do you do there?

NB:     We mainly just like… check the breakability of glass and like smash shit

BB:     Mhm

NB:     It, it's a easy way for my wife to let out any form of anger that she has because college is really frustrating for her so

BB:     Mhm

NB:     And then she's, we've stopped recently and she's wh-said saying hey that's, that's a really habit destroying things so she's trying to

BB:     Mhm

NB:     run more and… she actually had to go on a run at like one this morning because she just woke up from a bad dream and…

BB:     Okay… alright. Ummm…… let's do this uhh, I need to… uhh obviously they still have your vehicle just over there uhh, you, you didn't even see it but, (IA)

NB:     Yeah I saw it pull in

82

BB:     (OV) so… yeahh… oh you saw it, okay.

NB:     Yeah

BB:     Yeah so they're over there uhh finishing that up once, once they're done then uhh we'll, we'll give that back to ya. Umm… I need to use the restroom, I'm not sure about you

NB:     Yeah I do too

BB:     But yeah…. Umm, I'm gonna… I'm gonna, we're gonna go over there. We have to search your person cause we have a search warrant for it so

NB:     You want me to take off my jacket now, I can

BB:     Uhh, lets, umm  lets, lets, lets go over there and uhh

NB:     Let, let go (UI)

BB:     Yeah, exactly… Well no hang on, we'll, we'll, we'll drive over

NB:     Okay

BB:     We can drive over there, yeah.

NB:     Save the walk.

BB:     Yeah

NB:     How much are these cars (IA)

BB:     I have no idea. Uhh… more than I want to pay, I can tell you that, I'm sure

NB:     More than I probably make in a good while

BB:     Yeah more, more than we all make in a good while….. Hey Glenn, umm do you want to do the search of his person real quick, do you guys want to do that real quick while uhh, while we're here

GC:     Yeah

BB:     Just make sure uhhh we're good, and then cause I, I really need to use the restroom

GC:     Yeah, okay\

PB:     Can I grab a water out of the back?

83

BB:     Uhh it's not in the back anymore, umm I gave it to ohh uhh… umm what's his name's got it… uhh

GC:     Bri?

BB:     No.. not Bri uhh who are you with

PB:     That's Bri

BB:     Who are you with

BT:     Lester?

GC:     (OV) Lester?

BB:     Lester, yeah Lester's got it

GC:     There he is

BB:     in the back of his car.

BT:     Oh, I was about to be like huh,

GC:     Oh yeah

BT:     oh the water

LB:     Oh the water, you all need water?

BB:     Umm, yeah do you, do you want to do that, we'll execute that.

GC:     (OV) Yeah… yeah

BB:     Are, are you guys done with the car? You are okay… umm

GC:     Well

BB:     Yeah, just so you know he, he said uhh as far as that day uhh the stuff involved with that day, what would be in the car? You said gas can

NB:     There should be like, like possibly a gas can, might've left it at Alex's cause it's actually his

BB:     Okay

NB:    And then there should've been like…. there should've been like the Gatorade bottles with the aluminum, there should've been like the not working gel Drano and then…

BB:    He said the gel Drano didn't work

GC:    (OV) Didn't work

BB:    Yeah

NB:    There should be like a backpack of stuff

GC:    Can't believe what you read on the interent

BB:    Noo

GC:    (Laughs)

NB:    Well it, it takes the purple stuff of Drano for it to work so

GC:    (OV) Got it… got it… yeah. Okay.

BB:    Okay and that's uhh… anything else that was in the car that, from that night?

NB:    Uhhhhh…..I, I said the backpack with the

GC:    Backpack

NB:    Yeah

GC:    Yeah we got that

NB:    And then

GC:    I'll show you, I'll, I can go through what we've

BB:    Let's, let's and let's take photo of the jacket, I don't think we need to seize it

GC:    Okay

BB:    Let's just take photos of it

GC:    Okay

BB:    Umm, you just cause that's, that's what you were wearing the day you were at Walmart uhh we're not gonna seize it umm… but yeah if you just do a thorough search of him and then uhh, I gotta talk to Nick to… uhh

GC:   Okay

BB:   And then I'm just gonna run over here and then before we release the car… let me talk to Nick and then

GC:   Yeah I just want to chat with you real quick before we

BB:   Yeah

GC:   the car

BB:   Yep

GC:   Yeah

BB:   Okay… why don't uhh… if, if you're good

GC:   Can you do the, just

BB:   Go ahead… jump out and they're, they're gonna search you… umm and then uhh we'll go from there. Umm

GC:   I'll get Paul to do that, I mean we'll be fine either way

BB:   (OV) Yeah… yeah…. Is this open, is this Golden Coral open yet? Let me uhh, let me go cut this off……this device…..Test, test, test… test, test, test

NB:   Is that off?

BB:   No… uhhh test, test, test. Time right now is 9:06 a.m. I'm gonna shut this device off at this time.

[New Recording]

BB:   Test one, two. Test one, two. This is Special Agent Bradley A. Bookwalter, time right now is 9:36 a.m. uhh cut this recording device on again for uhh further interview of Nolan Brewer….. Alright.

GC:   You want me to just bring him over here and I…

BB:   Yeah, you're, you're welcome to stay in…. (UI) up on that side.. yeah

GC:   No I'll get in the back.

BB:  Hey Nolan…. You got a few more minutes? Alright…. You, you good to answer a few more questions?.... Okay. Still, still good to answer them without a lawyer present?

NB:  I should be fine.

BB:  Well you tell me, it's up to you, you know.

NB:  I mean… I guess ask one question of them and then I can…

BB:  What's that?

NB:  I, I guess ask one question of it and see what it's like

BB:  You want… I, I , I told you, I told you before. You can stop answering questions at any, any time, if you're not comfortable, you can stop answering. Do you understand that?

NB:  Alright

BB:  Huh?

NB:  Alright

BB:  So you're, you're good to proceed. Cause we got, we got a few follow up questions that we wanted to ask you….. It's based upon uhh, some of the like, some of the stuff we found in the car… just the things that we've talked about that… uh we, we were discussing and it's umm it is uhh things we realized we didn't actually uhh talk, talk about the first time.

EK:  And Nolan if we, you know start to ask about it….. you could stop at any time so if something makes you uncomfortable like if, the direction goes a—a way you don't, you don't want to talk about, you can stop talking like… you, you're free to

NB:  Yeah the fifth, fifth

EK:  I don't know about the fifth but you, you, you're not under obligation to talk to us if you don't want to.

NB:  Alright, that's… go ahead and start off with a couple of questions

BB:  Okay… The, the stuff that was in your car. Uhh, that, that they found in your car umm, umm Glenn was actually involved in…. and Glenn Carlson

GC:  Yeah

BB:  is in here, he's, he's an FBI agent also, do you have your credentials?

NB:  Yeah, I, I talked to him

87

BB:  You did, okay, alright. Umm… Glenn's in the, in, in the car now too, uhh umm… do umm he found the backpack with Gatorade bottles with the aluminum foil in it

NB:  Mhm

BB:  What was the purpose of that?

NB:  That, that was the Drano thingy

BB:  Okay

NB:  But then the gel Drano doesn't work so we (IA)

BB:  When did you figure out that the gel Drano didn't work?

NB:  Whenever we got away from the scene

BB:  Mhm

NB:  I think it was the weekend after we we're just like… cause we were too nervous to lay down any of the Drano's

BB:  Mhm

NB:  So we went back a week later when we were having our Sunday hangout at Alex uhh after all of our friends had left it was just my wife, Alex and I

BB:  Mhm

NB:  We took the Drano, set it out… well took one of the Gatorade bottles set it out, poured the Drano in there and then stepped back a bit and then waited for like half an hour and nothing happened. So we found out that it wouldn't have worked anyways so…. It's the gel Drano not the purple one

BB:  But you did this after you had done the

NB:  (OV) Yeah it was like the week after

BB:  But why didn't, did you take it, you took it up there to the synagogue with you right?

NB:  Yeah

BB:  Why didn't you use it there?

88

NB:   Because we were too nervous, we decided… like… cause…. Peter was saying like i—if we can stuff as close to the synagogue as possible.

BB:   Mhm

NB:   That'd be best. But we decided, it—it's a little thing dumpster thing what's the point of using Drano on it. The Drano's on

BB:   The bomb or the?

NB:   The, the it's the

BB:   Yeah I call it a Drano bomb

NB:   (OV) It, it's, it's it's, it's like a baking soda volcano basically

BB:   Right.. but it was it the purpose of that to use the napalm with that to… spread it or?

NB:   It was… uhh.. we were just gonna set it like…. one at each corner just to have like

BB:   Okay

NB:   Stuff on the corner of the building

BB:   That's what I didn't understand… so, so you guys tried… you said you tried to get inside or?

NB:   Peter wanted us to try and get inside

BB:   Yeah

NB:   Which he told us to buy spark plugs but then we decided no we're just gonna save a couple of the spark plugs and see if we can repair a car with it…which we didn't have the right type of style spark plugs so then we used it for

BB:   (OV) So what was the purp… what would the purpose of the spark plugs be

NB:   The uhh, there's aluminum oxide in the ceramic of a spark plug where if you throw it at a window

BB:   Uh huh

NB:   It's like

BB:   Bust it

89

NB:  Like that

BB:  Yeah

NB:  It's so simple

BB:  Okay

NB:  But….. we got the ceramic from the spark plug for that…

BB:  Yup

NB:  but then we didn't get up to synagogue so we said never mind we don't want, we don't wanna so we just stuck with the dumpster area

BB:  So he told you to, to bring spark plugs

NB:  Yeah he, he wanted us

BB:  To bust the windows

NB:  (OV) he wanted us to try and get inside.

BB:  Uh huh

NB:  and then the easiest way to get through a window would be aluminum oxide ceramic

BB:  Yup

NB:  for a spark plug

BB:  Okay

NB:  and then instead

BB:  Did, did you try to use it?

NB:  No

BB:  The spark plug

NB:  No

BB:  Cause they were busted right?

NB:  Yeah they were bust… I guess

BB:   Why, why were they busted?

NB:   They, they shouldn't…. cause th—you, you have to have the small ceramic piece, you can't just chuck a spark plug it doesn't work that way

BB:   (OV) Gotcha… okay

GC:   So you broke them with the intention of trying to get in and then at the last minute decided not to

NB:   Yeah we, we didn't want to

GC:   Okay

BB:   We-what was, what would've been the purpose of getting inside?

NB:   He was wanting us to get inside to have…. The Dranos inside

BB:   Okay

NB:   but

BB:   and the napalm

NB:   The napalm probably

BB:   Mhm

NB:   Her and I decided we didn't want to put the napalm in there, we didn't want to burn anything in the—inside.

BB:   Okay

NB:   But then

BB:   When did you decide that?

NB:   We were discussing it on the way up so it was between like on 465 heading north, we decided we're not gonna actually burn the place down… no, no, no of course not. So… (UI)

BB:   Well, I mean if you're going to get inside and, and use the napalm that's, I mean… uhh that's—that's gonna burn the place—th—potentially burn the place down… right?

91

NB:  No…. we-we that—we and that was the discussion we were having in order to decide not using the napalm inside,—not taking it inside

BB:  Okay

EK:  But that was Peter's intention, that's what he wanted?

NB:  Yeah he, he was wanting us to like have it

EK:  (OV) ignite the Drano bomb inside the synagogue.

NB:  He said something about like take the Drano bomb after you fill it up and then

BB:  Uh huh

NB:  and then toss the napalm on top of it

EK:  Oh okay

NB:  and then light it and run so that whenever the Drano bomb went off, it would set the napalm everywhere

BB:  Did you do that?

NB:  No

BB:  You weren't able to do that

NB:  Noooo…. I just took the pot and plopped in in the middle of the thing

BB:  The quest—question I have is why, why is the, why is the napalm the, the… the fire whenever the uhh.. a flammable substance the, the gas and, and the Styrofoam

NB:  (OV) Is it the scattered?

BB:  Yeah why is it scattered?

NB:  Because we were trying to have it like in front of the flag evenly

BB:  Uh huh

NB:  Cause how I told you earlier, it was gonna be like an effect on it

BB:  Okay

NB:  Rather than… burning anything

92

BB:   Yeah

NB:   We, I plopped the napalm, rather than spreading it like that I plopped the napalm so it was just one big pile and then

BB:   Oh okay

NB:   (OV) (UI) there was some sticking inside the pan so whenever I chucked it behind me

BB:   Yeah

NB:   So I could spread the napalm around a little bit which is why there's that glob off to the left

BB:   Yeah

NB:   I, I think it's off to the left

BB:   Mhm

NB:   There's that glob that burned, I took some it and then it was sticking to my hand too bad so I just stopped. But then that glob fell out of the pan back there and she lit that too.

BB:   Okay, did you use a firework at all?

NB:   A firework? No

BB:   Yeah, we, we found a— like a M-80 an expended M-80 uhh there by the uhh…  by the dumpster or by the wall

NB:   A M-80

GC:   Mhm

BB:   Like a 8—M-80…expended… you know… you know the, the cardboard uhh that contains the, the gun powder from the M-80? You know what I mean, you know what a M-80 is right? Firecracker.

NB:   Oh.. oh a firecracker… No.

BB:   (OV) Yeah… it, it was, it's an expended like uhh ummm roll from a firecracker. You didn't use any fircrackers?

GC:   How many cardboard things did you have in the back of your trunk like you got those, those cardboard cylinders?

NB:  Yeah

GC:  It's like that, only it was a lot smaller, it was just not, not that big.

BB:  Oh… okay.

EK:  So you weren't harvesting gun powder out of fireworks or anything like that?... to make a device?

NB:  I mean we bought sparklers but it wasn't for lighting anything, we were having that for the 4th of July with the kiddos.

EK:  Okay and you didn't try to take the flammable material off the sparkler to put into one of the cylinders

NB:  No I think, I think

EK:  Nolan

NB:  we still have some spare ones at the house

EK:  Okay, spare what?

NB:  Like sparklers left over from when the kiddos didn't burn them

EK:  (OV) How many sparklers did you buy?

NB:  It was just like uhh, I think it was like either the six or the big 2-pack

EK:  Okay

NB:  Of the boxes where it's got like a bunch of them

EK:  And you weren't trying to use those as an ignition device or explosive device

NB:  If…. No, no. Gun powder, no. We were sticking to the Drano and napalm

EK:  Okay cause

BB:  Well understand we're talking to Kiyomi we got guys talking to Kiyomi,

NB:  Mmm

BB:  You, you get that right? So she says that uhh… you guys communicated with someone on Discord but it was all your idea that you spontaneously came up with that Friday

NB:   Hmm

BB:   Was that, is, does she uhh… not telling us something or you not telling us something?

NB:   From the messages I read between her and Peter I heard… I thought it was Peter telling her to do stuff but

BB:   Well is it, is it an idea you, that you and she came up with or is it something that she or that you were told? I mean it's

NB:   I was told and whenever I read the messages it seemed to me like he was telling her but that might just be like giving my wife the benefit of the doubt sort of thing

BB:   So she may have been the one that came up with this all day idea?

NB:   Yeah

BB:   So..

NB:   And then I prob—I, I agreed upon it so I, I just seem… it seemed to me

BB:   Mhm

NB:   that Peter was telling her what to do

BB:   mhm… no… and the purpose again… of doing this?

NB:   Sending a message of like, get out I guess. Sending a message you know…

BB:   To the – to the Jews?

NB:   Yeah

BB:   And not the religious Jews? The..

NB:   The ethnic Jews

BB:   (OV) The race… okay

NB:   (OV)Not the religious Jews

BB:   Okay. Hmm. Alright, ummm. Let me ask you this, uhh… what are your thoughts going forward… know we….we're do you go from here?

NB:   Like.. like (IA)

BB:  Like… umm… we, we let's say we released you today what, where would you go, what would you do.

NB:  I'd be going to work and get as many hours in as I can and then return home to my wife.

BB:  Okay

NB:  And then, if I get home quick enough try to call the apprenticeship office

BB:  Why?

NB:  Oh… the office for the Ironwork Union that I'm trying to het into

BB:  Okay… alright.

NB:  I have to figure out their hours so I can go in and try and fill out an application

BB:  M'kay… ummm

NB:  I'm just trying to focus on being able to earn money so my wife and I can live out on our own because my wife—my mom's kind of driving her crazy

BB:  Yeah

NB:  So

BB:  Okay… Glenn

GC:  No… (IA) I think the, the purpose of the question Nolan is we're, you're not planning on doing another

NB:  This again?

GC:  Yeah

NB:  No, we're planning on becoming more active in Identity Europa because they match up with me better and I'm trying to pull her to my side of things.

GC:  Yeah… I mean they're definitely

NB:  Yeah it's, it's so much more peaceful and they're really nice folks and

GC:  Yeah there's nothing wrong with that.

NB:  Sarah's got such cute kids.

96

GC:  Okay.

BB:  Eric? No… you good?

EK:  No the only other issue I had was uhh on the sparkler thing, I mean I think you… you tried to (IA) we appreciated that

BB:  Mhm

EK:  Umm, to I think that's a good thing that, with regard to the sparklers that just doesn't make any sense to me and then the, the (UI) to hear that you weren't trying to make another ignition device with those

NB:  That I know of, I don't think, I, I'm pretty sure we didn't like fireworks unless

EK:  Okay

NB:  My wife grabbed something

EK:  Okay

NB:  I never saw fireworks

EK:  Okay… and I think going forward…. Going to work and you know, that type of thing is

NB:  Focus on life, not that

EK:  (OV) Might be good

NB:  (OV) Try to stick away from politics

EK:  (OV) That'll be good

GC:  What, what was the purpose of the—it was cardboard cylinders that are in the back of your car what are those

NB:  Oh those are left over tarp mats cause…they're, they're from my, that's my mom's car orginially

GC:  Okay… okay

NB:  And my dad used to use my mom's car to get back and forth to work

GC:  Okay

NB:   And we've just never taken the cylinders out, they were old tarp mat rollers that we used for laying out tarp on the school floor.

GC:   Got it.

BB:   Well, it's a good day cause I just found a pack of gum umm, you…. Would you like a piece of gum… I

NB:   Yes actually that sounds fantastic

BB:   (OV) Huh, would like one? Hmm

NB:   Thank you

BB:   Yeah my pants uhh (UI) probably mine

NB:   Oh goodness, this is gonna have to be harvested (IA)

BB:   (OV) Uhh forget it, yeah… I, I would say don't eat it… yeah

NB:   I got it

BB:   Ha!...umm.. yeah, alright well.. h-here—here's the deal we're, we're done searching the car, we're done uhh searching your person umm, I'm gonna ask, uhh I need to talk to umm my supervisors uhh, I'm gonna ask you to… to hang around, you're not obliged to do that uhh but I'm, I'm gonna ask that you just hang out for a second. Is it bad? Sorry…. Sorry.. Uhh, ummm how does gum go bad? Anyway. So, if, if, if uhh, if  you're good with it… just uhh hang out uhh and we'll uhh, we'll uhh if, if we got any ot—other follow-up questions we'll go from there. Is that good with you?

NB:   Yeah I can… I can just hang out.

BB:   Okay

NB:   I'll have to go somewhere to use the restroom

BB:   Absolutely, yeah me too. Yeah umm… okay (UI)… just throw it in there

GC:   Yeah

BB:   Just throw it in there

GC:   Yeah

BB:   Umm… okay, alright. Thank You Nolan. Test, Test, test. Test, test, test. Test, test, test. Special Agent Bradley A. Bookwalter, the time right now is 9:53 a.m. shutting off the recording device at this time.

[End of Transcript]