| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. |

| STATE OF INDIANA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| RENZO M. SIGNORINO | ) |

## AFFIDAVIT FOR PROBABLE CAUSE

I, William Kinman, hereby affirm under penalties of perjury that the following is true:

1. On July 8, 2017, Deputies Aspenson and Whipker responded to the Ohio Chapel Methodist Church on a report of a burglary. Deputy Whipker observed extensive damage to the interior of the building as well as multiple broken exterior windows.

2. Sgt. Greg Duke requested a detective and I responded to the scene. Upon arrival at the church, I observed evidence of forced entry into the back door of the church. I also observed that the doorknob was missing from the front door of the church and multiple broken exterior windows.

3. Inside the church, I observed extensive damage which included white powder throughout the church that I believed to be from a fire extinguisher, broken glass throughout various areas of the church, and multiple items of church property that had been damaged or destroyed. In the basement, I observed a burnt church pew and fire damage to the wall and ceiling. Photographs were taken to document the extent of the damage.

4. Near the entrance of the church, I observed a guest book. On one sheet of the guestbook, someone had written "God works in mysterious ways." This was photographed as well.

5. Also on July 8, 2017, I made contact with Detective Brian Schrader of the Brown County Sheriff's Office. Schrader informed me he was investigating three church vandalisms that had occurred in Brown County. Schrader and I met and went through photographs taken at each incident. One of the Brown County vandalisms occurred at Pike's Peak Church and in looking at photographs from that incident, I observed a photo of a dry erase board where someone "God works in mysterious ways." I noticed that the handwriting appeared very similar to the handwriting in the guestbook at Ohio Chapel Methodist Church.

6. On August 20, 2018, I was contacted by Detective Mark Paris of the Carmel Police Department. Paris informed that he was investigating recent vandalism to the Shaarey Tefilla where a swastika and iron cross were spray painted on the property and a fire had been set outside the synagogue. Paris had identified two suspects in the Carmel vandalism as Noah Brewer and a juvenile, K.B. Paris informed that during his interview with K.B., she had informed him of another church vandalism in Hope, Indiana. K.B. was being held at the Hamilton County Juvenile Center.

7. On August 21, 2018, Detective Brian Schrader and I went to the Hamilton County Juvenile Center to interview K.B. K.B. is legally married and is therefore emancipated. She was advised of her Miranda rights and agreed to speak with us.

8. During the interview K.B. advised that she knew who was responsible for the vandalism at the church in "Ogilville." She advised that Renzo Signorino was responsible for the damage to the church and that he had bragged about putting a crucifix in the toilet. I knew that at the Ohio Chapel Methodist Church there had been a crucifix placed upside down in a toilet. K.B. advised that she was cheating on her boyfriend with Signorino at one point and that Signorino had told her about the vandalism. K.B. stated she had previously bragged online about being involved in the vandalism, but that she had not actually been involved.

9. On August 22, 2018, Detective Schrader and I located Renzo Signorino at his place of employment. Signorino agreed to speak with us. Signorino admitted to driving K.B. to the churches in Brown County and the Ohio Chapel Methodist Church in Bartholomew County. He further admitted to going inside the Ohio Chapel Methodist Church with K.B. and causing some of the damage. Signorino also admitted to being the individual who had written "God works in mysterious ways" in both the Ohio Chapel Methodist Church and the Pike's Peak Church in Brown County.

10. Finally, I made contact with Christina Ayers a congregation member of the Ohio Chapel Methodist Church. Ayers provided documentation of the estimated cost for repair and clean up of the church that totaled 73, 321.49.

I affirm, under the penalties for perjury, that the foregoing representations are true and the aforementioned events occurred in Bartholomew County, State of Indiana.

_____
Affiant

Subscribed and sworn to before me this 24th day of August, 2018.

_____
Lindsey Holden Kay, #32010-49
Deputy Prosecuting Attorney
Ninth Judicial Circuit
Bartholomew County, State of Indiana