UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cr-00286-TWP-DLP |
| ) | |
| NOLAN BREWER, ) -01 | |
| ) | |
| Defendant. ) | |

<u>ENTRY FOR MAY 20, 2019</u>
<u>THE HONORABLE TANYA WALTON PRATT</u>

The Government appeared by Nicholas J. Linder, Assistant United States Attorney. The Defendant appeared in person, and by CJA counsel Harold Samuel Ansell. Brittany Neat appeared on behalf of the United States Probation Office. Matthew Stahl attended as agent for the Government. Laura Howie-Walters was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. Special Agent Matthew Stahl presented testimony in support of a factual basis. Exhibits 68 and 69 were used by the Government in support of a factual basis. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement plea of guilty without the benefit of a plea agreement was accepted by the Court and Defendant was adjudged guilty of Count 1, Conspiracy to Violate Rights, as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines. Testimony was presented from the following witnesses: Special Agent Matthew Stahl, Christina Hirzel, Christian Young, Alex Hitchcock, Eric Martin, Austin Baumgartner, Darla Brewer, Steven Lester, Jeffrey Brewer, Cody Gott and Stanley Gott. The Government's exhibits 1 through 67 were admitted into evidence without objection. These same exhibits were docketed at dkt. 63. Argument was heard regarding Defendant's objections to the presentence investigation report. Ruling was issued on the record.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

<u>Incarceration:</u> The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 36 months on Count 1.

<u>Restitution:</u> The Defendant shall make restitution to Congregation Shaarey Tefilla in the amount of $700.00. Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

<u>Fine:</u> The Court ordered a fine of $1000.00.

<u>Forfeit:</u> The Defendant shall forfeit the property stated on the record.

<u>Supervised Release</u>: The Defendant shall be placed on supervised release for a term of 2 years on Count 1. The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation

officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

<u>Recommendation</u>:  The Court recommends placement at a facility with the lowest possible level as close as possible to central Indiana.

The Defendant shall pay to the United States a special assessment of $100.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was ordered to remain on pretrial release under the conditions previously imposed.  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Pretrial Services Office.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:   5/21/2019

*[signature: Tanya Walton Pratt]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
ATTORNEY AT LAW
attorneyansell@gmail.com

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
nick.linder@usdoj.gov