# ELEMENTS OF THE OFFENSE

## 18 U.S.C. § 241(a)
## Conspiracy to Violate Rights

**FIRST:** There was a conspiracy to injure, oppress, threaten, or intimidate the members of Congregation Shaarey Tefilla as charged in Count 1; and

**SECOND:** The defendant knowingly became a member of the conspiracy with an intent to further the conspiracy; and

**THIRD:** The defendant intended to deprive the members of Congregation Shaarey Tefilla of the free exercise or enjoyment of rights secured by the Constitution and laws of the United States, such as the right to hold property (such as a Synagogue) free of racial discrimination under 42 U.S.C. § 1982, which applies to persons of the Jewish faith. The government is not required to prove that the defendant knew the rights were secured by the Constitution and laws of the United States; and

**FOURTH:** One or more of the intended victims was present in the State of Indiana, which is in the United States.

1



GOVERNMENT EXHIBIT 68