# FACTUAL BASIS

In the early morning hours of July 28, 2018, the Defendant and his wife drove to Congregation Shaarey Tefilla, a Jewish synagogue located in Carmel, Indiana. They brought with them cans of red and black spray paint, bandanas, rubber gloves, a container of homemade "napalm" (a mixture of gasoline and Styrofoam), Gatorade bottles with pieces of aluminum foil inside, Drano cleaner, and ceramic pieces of spark plugs.

They planned to spray paint anti-Semitic symbols at the Synagogue and set fire to it. They purchased the supplies the day before at Walmart. With the Gatorade bottles, aluminum foil, and Drano, they planned to create and detonate "Drano bombs," which were overpressure explosive devices. A mixture of Drano and aluminum foil causes the release of gas, which in a sealed container such as a Gatorade bottle, can build until the point of an overpressure explosion.

They also purchased a pack of 200 Styrofoam plates at Walmart. With those, they concocted what the Defendant referred to as homemade "napalm." They purchased gasoline and combined it with the plates, which melted the Styrofoam and created a viscous, flammable mixture.

The Synagogue was located oved 50 miles their home in Morgan County. They drew maps on their cell phones showing that they planned to park over one mile away to avoid detection.

GOVERNMENT EXHIBIT 69

Their original plan, which the Defendant later told the FBI in an interview, was to use the ceramic spark plug pieces to break windows, go inside, and burn the Synagogue.

Ultimately, they did not break into the Synagogue. Instead, they spray painted large anti-Semitic symbols – two Nazi flags and two Iron Crosses – on two sides of an external enclosure located on the real property of the Synagogue.

In addition, the Defendant and his co-conspirator set fire to two areas of the ground near the spray-painted structure using the homemade napalm. The fire illuminated the anti-Semitic graffiti on the walls, and the Defendant and his co-conspirator took photographs of it using their cell phone.

In the days following, the Defendant talked to several people, including a friend and at least two co-workers, about attacking the Synagogue. He showed them the photographs he took on his cell phone of the fire and anti-Semitic symbols he had painted. He also exchanged text messages with his friend and his co-conspirator about the local and national news coverage of the attack. In general, the Defendant was pleased, happy, and proud of what he had done.

The Defendant and his co-conspirator also talk with his friend about wanting to burn down the rabbi's house and that they knew where the rabbi lived. The Defendant also told his friend that they were looking for new targets for another attack.

On August 15, 2018, over two weeks after the incident, the FBI executed search warrants on the Defendant's vehicle, the Defendant's residence, and the cell phones of the Defendant and his-conspirator. In the trunk of the vehicle, there were cans of red and black spray paint, bandanas, rubber gloves, ceramic spark plug pieces, Gatorade bottles with aluminum foil inside and the cap screwed on, and two bottles of Drano. Several of the cans of spray paint and Gatorade bottles with foil were found tucked inside the Defendant's backpack.

During an interview with the FBI, the Defendant admitted to attacking the Synagogue. He explained the supplies in the car and how they had planned to use them, including the "Drano bombs" and ceramic spark plug pieces. He also explained how they concocted the homemade "napalm" and how they planned to use it.

The Defendant also told the FBI about his anti-Semitic motivations. He stated he targeted the Synagogue because it was "full of ethnic Jews." He also referred to Adolf Hitler and his belief that Jewish people have outsized influence relative to their population. He stated that his intent was to "scare the hell out of them" and likely send a message to "get out."

Prior to, and at the time of, the Synagogue incident, the Defendant held beliefs in Nazism, white supremacy, and anti-Semitism. Co-workers described that he discussed such beliefs with them, and that he wore Nazi paraphernalia to work.

3

In addition, in the Defendant's room at home, the FBI found an Iron Cross pendant, a German flag, and a book by Adolf Hitler.

Also, on the Defendant's cell phone contained multiple items relating to Nazism, racism, and anti-Semitism, including images of swastikas and iron crosses, photos of himself and his co-conspirator wearing swastika necklaces, and hate-filled, racist and violent internet photo memes, including one that stated "What is the Jew doing poking around the ashtray? Studying his family history."