UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:18-cr-00286-TWP-DLP ) |
| NOLAN BREWER, | ) -01 ) |
| Defendant. | ) |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 83. On its face, Defendant's motion does not show that he is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, his motion, dkt. [83], is **denied without prejudice**.

If Defendant wishes to renew his motion, he may do so by completing and returning the enclosed form motion. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date:   8/17/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nolan Brewer
Reg. No. 16544-028
MCC Chicago
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

All Electronically Registered Counsel