## United States District Court
_____ Southern District of Indiana _____

Case No. _1:18 CR 00286-001_

*(write the number including letters of your criminal case)*

<table>
<tr><td>

UNITED STATES OF AMERICA

v.

_Nolan Brewer_____

*(write your name here)*

</td><td>

**MOTION FOR
SENTENCE REDUCTION
PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)**
**(COMPASSIONATE RELEASE)**

*(Pro Se Prisoner)*

</td></tr>
</table>

<div style="border:1px solid black; padding:10px;">

### <u>NOTICE</u>

Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

</div>

FILED
**10/14/2020**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## I.   MOTION

I hereby move the court for a reduction in sentence (compassionate release) pursuant to § 603 of the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A).

*Indicate the reasons for your motion, select all that apply:*

☐   I have been diagnosed with a terminal illness.

☐   I have a serious physical or medical condition, that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☐   I have a serious functional or cognitive impairment that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☐   I have deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☐   I am (i) at least 65 years old; (ii) am experiencing a serious deterioration in physical or mental health because of the aging process; and (iii) have served at least 10 years or 75 percent of my term of imprisonment, whichever is less.

☐   The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐   My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☐   I meet *all* the following criteria:
  - I am 70 years or older;
  - I have served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which I am imprisoned; and
  - I have been determined by the Director of the Bureau of Prisons not to be a danger to the safety of any other person or the community, as provided under section 3142(g).

☑   Other: *The unhealthy living conditions and absence of rehabilitation at my facility.*

## II.   MOVANT'S INFORMATION

_Nolan Ross Brewer_
Name

_16544-028_
Prisoner ID #

_Metropolitan Correctional Center Chicago_
Bureau of Prisons Facility

_71 West Van Buren St. Chicago, IL 60605_
Institutional Address

## III.   SENTENCE INFORMATION

Date of sentencing:                         _05-20-2019_
Term of imprisonment imposed:               _36 months_
Approximate time served to date:            _13 months_
Projected release date:                     _09-28-2021_
Length of Term of Supervised Release:       _24 months_

## IV.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

*WARNING: 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion after you have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Your motion may be denied if do not meet these criteria.*

Have you submitted your request for a sentence reduction to the warden of the institution where you are incarcerated?                         ☑Yes (Date submitted:_____ )          ☐No

      If no, explain why not:

_____

_____

It has been 30 days since your request was received by the Warden and the Warden has not responded to your petition.                              ☐Yes     ☑No

Was your request denied by the Warden?     ☑Yes (Date denied:_____ )          ☐No

Have you received a final administrative denial from either Bureau of Prisons General Counsel or the Director of the Bureau of Prisons?         ☐Yes     ☑No

**V.     STATEMENT SUPPORTING MOTION**

*Briefly describe the reasons supporting your motion. If you have checked "other" as your reason above, please describe your circumstances and how they apply here. Explain whether your circumstances were known to the court at the time of sentencing. Attach additional sheets if necessary, along with any relevant exhibits (to include medical records, if seeking release based on a medical condition).*

*See attached pages 1 and 2.*

*Please describe your proposed release plans (employment, medical needs, housing, and financial resources).*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI. Medical Information
*(Please fill out this section if seeking a release based on a medical condition, if not, please skip to section VII)*

List any medical diagnoses, if any, that are the basis for your motion.

_____

Will you require ongoing medical care if you are released from prison?         ☐Yes  ☑No

Do you have health insurance?         ☑Yes  ☐No

If yes, provide name of insurance company and policy number. If no, how do you plan to pay for your medical care?

Anthem Blue cross Blue Shield  ID#: IN 0619600, Group: INMCDWPO

If no, are you willing to apply for government services (i.e. Medicaid/Medicare)?  ☐Yes  ☐No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?         ☐Yes  ☑No

If yes, please include them with your motion. If no, where are the records located?

_____

Are you currently prescribed medication in the institution?                  ☐Yes  ☑No

If yes, list all prescribed medication, dosage, and frequency.

_____

Do you require durable medical equipment (e.g. wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?                                              ☐Yes  ☑No

If yes, list equipment.

_____

Do you require assistance with self-care such as bathing, walking, toileting?   ☐Yes  ☑No
If yes, please list the required assistance and how it will be provided.

_____

Do you require assisted living?                                           ☐Yes  ☑No
If yes, please provide address of the anticipated home/facility and source of funding to pay for it.

_____

Do you have primary care arranged in the community?                    ☑Yes  ☐No

Provide name and address of your primary care physician.

_Gary Midla DO 1001 Hadley Road #101 Mooresville, IN 46158_

Are the people you are proposing to reside with aware of your medical needs?   ☑Yes  ☐No

Do you have other community support that can assist with your medical needs?   ☑Yes  ☐No
Provide names, ages, and their relationship to you.

_Mother: Darla Brewer, 56  Father: Jeff Brewer, 64_

Will you have transportation to and from your medical appointments?        ☑Yes  ☐No
Describe method of transportation.

_One of my family cars._

**VII.    RELEASE PLAN**
Provide proposed address where you will reside if released from prison.

_3422 N. Bowman Rd. Cloverdale, IN 46120_

Provide name and phone number of property owner or renter where you will reside if released from prison.

*Home 1-765-528-2659, Cell 1-765-516-3510   Jeff Brewer*

Provide names, ages, and relationship to you of any other residents living at the above listed address?

*Father: Jeff Brewer, 64   and Mother: Darla Brewer, 56*

Do the residents of the home know you are proposing to reside with them?   ☑Yes  ☐No

Are they supportive of your request?   ☑Yes  ☐No

Are you physically and mentally able to maintain employment?   ☑Yes  ☐No

Have you secured employment?   ☑Yes  ☐No

Provide name and address of employer and job duties.

*Bambi Cline   Stiles ville petroleum   9620 N. Little Point Rd. Stilesville, IN 46180; Cook*

## VIII.   MOVANT'S SIGNATURE

*Sign and date the motion.*

_____          *Nolan Brewer*
Date                                                            Movant's Signature

*Nolan Ross Brewer*
Print Name

I make this petition for a Reduction in Sentence in accordance to Title U.S.C. § 3582(c)(1)(A). The conditions of my current housing pose an inherent danger to my mental and physical health, and are presented by factors beyond my control, which creates extraordinary and compelling reasons for a reduced sentence.

Due to COVID-19, the BOP has suffered significant infection rates among their inmate population. In an attempt to contain the spread of COVID-19 MCC Chicago has imposed measures which were detailed in my previous Motion to this Court. MCC Chicago is a High Rise Facility and is mainly populated by Pre-trial or High Security inmates. I am designated here as part of the Minimum Security Work Cadre Program. I am currently housed on the 23rd floor of the Facility, which has been designated a COVID-19 recovery unit, and have been under lockdown conditions since early April,2020. I have MCC Chicago, in response to the growing pandemic, utilized drastic measures that have proved futile. I have been relagated to my Bunk area alongside  100 other inmates. The conditions are deplorable and the BOP has not been transparent with the "Petri Dish" like environment that they have allowed to form. MCC Chicago is understaffed, and this shortage only magnifies the dangers of living in such a closed-off environment during a pandemic. One inmate has died at MCC Chicago and over 150 infected & recovered along with an additional 44 infected not including staff. MCC Chicago has either failed to, or purposely omitted reports of re-infected inmates of which I have confirmed 5 on my floor that have tested positive for COVID-19 three times over the span of months.

In having to endure the conditions of being housed with pre-trial inmates and inmates of various security levels, including ones being charged with Capital Double Murder, and members of notably violent gangs, I have begun to suffer from anxiety and depression induced by fear. There is no Unit Team, Counselor, or Case Manager on my floor and I rarely see anyone in authority to which I can address my concerns.

There is a pattern of violence towards vulnerable inmates spurred by the attack on fellow inmate R.Kelly, yet the MCC Administration still neglects its main charge of incarcerating inmates while maintaining their Safety and Health. They have a responsibility to carry out the orders

-01-

of the Judicial System, protect the indiividuals in their custody, and to provide rehabilitation for their re-entry into society.

COVID-19 has proven detrimental to what little safety was afforded to me during my sentence until the pandemic struck.It stands to reason that my sentence has now become nothing more than me being held in a cell with 80+ inmates, to be exposed to violent and mentally unstable inmates, unable to access any fresh air or sunlight or observe any social distancing, and with recent added stress I feel great emotional, and mental strain, while also being denied any rehabilitaion or education that is a crucial part of the Judge's orginal sentence.

I accepted responsibility for my actions and have worked diligently to earn my freedom and show that I am a changed person, but due to COVID-19 shut downs I am punished not being able to program to reflect the change in my character, and being in a unit with violent offenders puts me under the fear of getting caught in an unavoidable confrontation that would lead to the the loss of my Good Conduct Time that, otherwise, would not have been lost.

I have a release plan that incorporates the assisstance of my family , to self-quarantine upon release, and after quarantining successfully returning to my job in the food servicea industry, this job will help to support me as I return to school to pursue an education in Renewable Energies.

The BOP cannot guarantee my health or safety, they have proven to have done the opposite and make matters worse for my physical and mental/ emotional health. I thank this court for its consideration of my Motion for Sentence Reduction I request that the court reconsider my sentence in light of these facts.

Respectfully submitted,

Nolan Brewer
Reg. No. 16544-028
MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605